**United States Bankruptcy Court**
**Southern District of Florida**

RE:
Liza Hazan

26-20613-RAM

Debtor                                                                        Chapter 11

_____/


Notice of Special Limited Appearance

Undersigned appears for informational purposes, and requests that copies of all notices be sent to undersigned.


Respectfully submitted 8/13/26

We hereby certify that a true copy of the foregoing was served on all parties by CMECF


JOEL M. ARESTY, P.A.
Board Certified Business
Bankruptcy Law
Attorneys
309 1st Ave S
Tierra Verde, FL 33715
Fax: 1-800-559-1870
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq

Fla. Bar No. 197483