United States Bankruptcy Court

Southern District of Florida

In re:                                                                                                    Case No. 26-20613-RAM

Liza Hazan                                                                                           Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1                          User: admin                                    Page 1 of 1

Date Rcvd: Aug 11, 2026                  Form ID: CGFI2                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

**Recip ID**     **Recipient Name and Address**

db     + Liza Hazan, 6913 Valencia Drive, Miami Beach, FL 33109-0601

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Office of the US Trustee

     USTPRegion21.MM.ECF@usdoj.gov

TOTAL: 1

**CGFI2** (6/1/2026)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 26–20613–RAM**

**Chapter: 11**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Liza Hazan
aka Elizabeth Hazan

6913 Valencia Drive
Miami Beach, FL 33109

SSN: xxx–xx–7473

## NOTICE OF DEADLINE TO CORRECT FILING DEFICIENCIES

**NOTICE IS TO THE DEBTOR:** This case, which was filed on **August 11, 2026**, is missing one or more required documents or contains filing errors that must be corrected. **If the deficiencies are not corrected by the deadline listed below, this case may be dismissed without further notice or hearing.** Links to all required Official Bankruptcy Forms and AO Director's national forms and the court's local rules, forms, instructions and guidelines are available on the court website www.flsb.uscourts.gov.

**The following document(s) were <u>NOT</u> filed:**

Creditor Matrix required by Fed. R. Bankr. P. 1007(a)(1) prepared in the format required by the Clerk's Instructions for Preparing, Submitting, and Obtaining Service Matrices

List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders [See Fed. R. Bankr. P. 1007(d)].

Official Bankruptcy Form 106Sum, Summary of Your Assets and Liabilities and Certain Statistical Information

Official Bankruptcy Form 106A/B, Schedule A/B: Property

Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt

Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property

Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims

Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases

Official Bankruptcy Form 106H, Schedule H: Your Codebtors

Official Bankruptcy Form 106I, Schedule I: Your Income

Official Bankruptcy Form 106J, Schedule J: Your Expenses **and** (if applicable) Official Bankruptcy Form 106J2, Schedule J–2: Expenses for Separate Household of Debtor 2

Official Bankruptcy Form 106Dec, Declaration About an Individual Debtor's Schedules

Official Bankruptcy Form 107, Statement of Financial Affairs for Individuals Filing for Bankruptcy

Official Bankruptcy Form 207, Statement of Financial Affairs for Non–Individuals Filing for Bankruptcy

Copies of all Payment Advices for the Debtor or other evidence of payment received within 60 days before filing of the petition [See Local Form LF–10 Declaration Regarding Payment Advices]

Certification of Budget and Credit Counseling Course for the Debtor

See Fed. R. Bankr. P. 1007(b)(3) and Local Rule 1007–1(a)(1)(B). A copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency must be filed. **\*\*IMPORTANT\*\*** The deadline to file the certificate of credit counseling cannot be extended unless there are exigent circumstances that prevented you from obtaining the credit counseling briefing [See 11 U.S.C. 109(h)(3)].

**DEADLINE TO CORRECT THESE DEFICIENCIES:   8/25/26**

**Please note that a debtor must file with any previously unfiled or amended schedules the Declaration About an Individual Debtor's Schedules (Official Bankruptcy Form 106Dec) and with any previously unfiled or amended Schedules D or E/F the Local Form Debtor's Notice of Compliance with Requirements for Amending Creditor Information (LF–04).** See Fed. R. Bankr. P. 1007 and 1009 and Local Rules 1007–1(b) and 1009–1. See also the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional formatting, fee, and other requirements for any amended service matrix.

**Dated:** 8/11/26                                    **CLERK OF COURT**

By: Olga Rodriguez , Deputy Clerk

*Copies to:*   *Debtor*
                 *Attorney for Debtor*