

**ORDERED in the Southern District of Florida on August 13, 2026.**

Robert A. Mark, Judge
United States Bankruptcy Court

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number:**
**Chapter:**

**In re:** *(Debtor(s) names(s) used by the debtor in the last eight years, including married, maiden, and trade.)*

_____        _____
_____        _____
_____        _____
SSN/TID:                                SSN/TID:

## ORDER ON APPLICATION FOR INDIVIDUALS TO PAY FILING FEE IN INSTALLMENTS

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), in accordance with Local Rule 9013-2(c),

**IT IS ORDERED** that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application. The debtor(s) must pay the filing fee according to the following terms:

(Rev. 6/1/2026)

**You must pay:**        **On or before this date:**

$_____          _____

$_____          _____

$_____          _____

$_____          _____

Total:  $_____ [Total must match application AND be paid within 120 days.]

**OR**

[ ] The debtor(s) application is **DENIED**. The application does not conform to the Official Form 103A OR the payment terms do not comply with the terms of Official Form 103A OR the debtor is ineligible due to outstanding fees owed from a prior case.

**You must pay:**        **On or before this date:**

$_____          _____ [Due within 14 calendar days.]

**IT IS FURTHER ORDERED** that payment must be by money order, cashier's or "official" check payable to "Clerk, United States Courts." Until this filing fee is paid in full the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. Absent further order of court, until this filing fee is paid in full, the debtor in a chapter 7 case will not receive a discharge and the debtor's plan in a chapter 13 case will be confirmed only on the condition that the chapter 13 plan provide for this filing fee to be paid in full immediately upon confirmation.

**IT IS FURTHER ORDERED** that failure of the debtor to pay any filing fee installment by the due date will result in entry of a dismissal order without further notice.

# # #

The clerk shall serve a copy of this order on the Debtor, Trustee, and if applicable, the Attorney for Debtor.

(Rev. 6/1/2026)