United States Bankruptcy Court
Southern District of Florida

In re: Liza Hazan, Debtor

Case No. 26-20613-RAM
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113C-1 | User: admin | Page 1 of 1
Date Rcvd: Aug 14, 2026 | Form ID: pdf004 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Liza Hazan, 6913 Valencia Drive, Miami Beach, FL 33109-0601 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joel M. Aresty, Esq. | on behalf of Interested Party Joel Aresty aresty@mac.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 2

**ORDERED in the Southern District of Florida on August 13, 2026.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

# United States Bankruptcy Court
# Southern District of Florida
## www.flsb.uscourts.gov

**Case Number:** 26-20613-RAM
**Chapter:** 11

**In re:** *(Debtor(s) names(s) used by the debtor in the last eight years, including married, maiden, and trade.)*

Liza Hazan
aka Elizabeth Hazan

SSN/TID: xxx-xx-7473

SSN/TID:

# ORDER ON APPLICATION FOR INDIVIDUALS TO PAY FILING FEE IN INSTALLMENTS

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), in accordance with Local Rule 9013-2(c),

**IT IS ORDERED** that:

☑ The debtor(s) may pay the filing fee in installments on the terms proposed in the application. The debtor(s) must pay the filing fee according to the following terms:

| **You must pay:** | **On or before this date:** |
|---|---|
| $434.50 | 9/11/26 |
| $434.50 | 10/30/26 |
| $434.50 | 11/27/26 |
| $434.50 | 12/9/26 |

Total: $1,738.00 [Total must match application AND be paid within 120 days.]

**OR**

☐ The debtor(s) application is **DENIED**. The application does not conform to the Official Form 103A OR the payment terms do not comply with the terms of Official Form 103A OR the debtor is ineligible due to outstanding fees owed from a prior case.

| **You must pay:** | **On or before this date:** |
|---|---|
| $__________ | ________________ [Due within 14 calendar days.] |

**IT IS FURTHER ORDERED** that payment must be by money order, cashier's or "official" check payable to "Clerk, United States Courts." Until this filing fee is paid in full the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. Absent further order of court, until this filing fee is paid in full, the debtor in a chapter 7 case will not receive a discharge and the debtor's plan in a chapter 13 case will be confirmed only on the condition that the chapter 13 plan provide for this filing fee to be paid in full immediately upon confirmation.

**IT IS FURTHER ORDERED** that failure of the debtor to pay any filing fee installment by the due date will result in entry of a dismissal order without further notice.

# # #

The clerk shall serve a copy of this order on the Debtor, Trustee, and if applicable, the Attorney for Debtor.