**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

In re:

Case No. 26-20613-RAM

ELIZABETH HAZAN,

Chapter 11

Debtor.

_______________________________________/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Andrew D. Zaron, of the Law firm León Cosgrove Jiménez, LLP, hereby gives notice to the Court and all interested parties of his appearance as counsel on behalf of JPMorgan Chase Bank, National Association, ("Chase") the senior secured creditor in this matter, and further requests that copies of all documents, pleadings, notices, motions, orders and any and all other papers served or filed in the above-styled matter be directed to the undersigned.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that copies of all notices, pleadings, and all other papers required to be served in this case be served upon the following persons, and that such persons be added to the mailing matrix in this case:

Andrew D. Zaron
LEÓN COSGROVE JIMÉNEZ, LLP
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: (305) 740-1975
Email: azaron@leoncosgrove.com
Email: eperez@leoncosgrove.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, set forth above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, email, Internet, or otherwise filed or made with regard to this bankruptcy case and proceedings therein, or that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

PLEASE TAKE FURTHER NOTICE that, neither this Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed a waiver of any rights: (i) to have final orders in non-core matters entered only after de novo review by a United States District Court; (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to object to any jurisdiction of this Court for any purpose other than with respect to this Notice; or (v) to any rights, claims, actions, defenses, setoffs, recoupments or remedies to which Chase is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Chase expressly reserves hereby.

Dated: August 17, 2026

Respectfully submitted,

*/s/ Andrew D. Zaron*__________________

Andrew D. Zaron, Esq.
Florida Bar No. 965790
**LEÓN COSGROVE JIMÉNEZ, LLP**
255 Alhambra Circle, 8th Floor

Miami, Florida 33134
Telephone: 305.740.1975
Facsimile: 305.351.4059
Email: azaron@leoncosgrove.com
Email: eperez@leoncosgrove.com
*Counsel for JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 17, 2026, a true and correct copy of the foregoing was filed electronically and has been furnished via electronic mail by virtue of the Court's CM/ECF Filing System upon all interested parties registered to receive electronic notice on this matter.

| | |
|---|---|
| Elizabeth Hazan<br>6913 Valencia Drive<br>Miami Beach, FL 33109 | Joel M. Aresty, P.A.<br>309 First Avenue S.<br>Tierra Vede, FL 33715<br>Telephone: (305) 904-1903<br>Email: Aresty@mac.com |
| Office of the United States Trustee<br>51 S.W. First Avenue, Suite 1204<br>Miami, FL 33130 | |

*/s/ Andrew D. Zaron*
Andrew D. Zaron, Esq.