UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:
Liza Hazan
a/k/a Elizabeth Hazan

Case No. 26-20613-RAM
Chapter 11

Debtor.

---

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby gives notice of appearance in this cause as Counsel for Creditor, JPMorgan Chase Bank, National Association. The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this case. For reference, the property address associated with the undersigned representation is 6913 Valencia Drive, Miami Beach, FL 33109.

/s/Steven G. Powrozek
Steven G. Powrozek, FL Bar 0316120
Elizabeth Eckhart, FL Bar 48958
LOGS Legal Group LLP
Attorney for Secured Creditor
750 Park of Commerce Blvd.
Suite 130
Boca Raton, FL 33487
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: logsecf@logs.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 25th day of August, 2026 a copy of the foregoing Notice of Appearance was caused to be served via CM/ECF electronic filing or via First Class U.S. Mail upon the following:

Liza Hazan
6913 Valencia Drive
Miami Beach, FL 33109

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/s/Steven G. Powrozek
Steven G. Powrozek, FL Bar 0316120
Elizabeth Eckhart, FL Bar 48958
LOGS Legal Group LLP
Attorney for Secured Creditor
750 Park of Commerce Blvd.
Suite 130
Boca Raton, FL 33487
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: logsecf@logs.com

26-335517