**United States Bankruptcy Court**
**Southern District of Florida**

26-20613-RAM
Ch 11

RE:
Liza Hazan
Debtor
______________________________/

Ex Parte Motion for Enlargement of Time

Debtor pro se, requests an enlargement of time to comply with incomplete filing deficiencies named at DE 5.

Petition was filed 8/11/26 and schedule case management, and other requirements are due 8/25/26, but debtor needs an additional 17 days, until 7 days before the 1st meeting set for 9/18/26 or until 9/11/26.

Debtor is working on the schedules, but additional time is required because of the complexity of this case, and because debtor has not yet retained special counsel.

Wherefore Debtor requests enlargement of time for days until 9/11/26 to cure filing deficiencies.

We certify a true copy was served on all participants by ECF 8/25/26

s/s: Liza Hazan , pro se

JOEL M. ARESTY, P.A.
Board Certified Business Bankruptcy Law
309 1st Ave S
Tierra Verde, FL 33715 Fax: 800-559-1870
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483