**United States Bankruptcy Court**
**Southern District of Florida**

RE:
Liza Hazan

26-20613-RAM

Debtor

Chapter 11

_____________________________/

Notice of Special Appearance

Undersigned appears for debtor in limited capacity until retained and allowed by the court, and requests that copies of all notices be sent to undersigned.

Respectfully submitted 8/26/26

We hereby certify that a true copy of the foregoing was served on all parties by CMECF

JOEL M. ARESTY, P.A.
Board Certified Business
Bankruptcy Law
Attorneys for
IRONFUND LOAN SELLER I LLC,
309 1st Ave S
Tierra Verde, FL 33715
Fax: 1-800-559-1870
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483