**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DADE COUNTY DIVISION**
**www.flsb.uscourts.gov**

IN RE: CASE NO.: 26-20613 RAM

LIZA HAZAN, CHAPTER 11

Debtor
________________________/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney for Creditor, David Langley and David Langley, P.A. and requests that copies of all orders, notices, pleadings and other papers served and filed herein be served upon the undersigned.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A); and that a true copy of the above document was filed electronically and served electronically and by mail to all interested parties on attached service list on this 27th day of August, 2026.

DAVID W. LANGLEY
Attorney for Debtor
8551 W. Sunrise Blvd., Ste 303
Plantation, Florida 33322
Telephone: 954-356-0450
Facsimile: 954-356-0451
E-mail: dave@flalawyer.com
By: ___/s/_*David W. Langley*_______
David W. Langley, Esq.
Florida Bar Number 348279