United States Bankruptcy Court
Southern District of Florida

In re: Liza Hazan, Debtor

Case No. 26-20613-RAM
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 27, 2026 | Form ID: 309E1 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Liza Hazan, 6913 Valencia Drive, Miami Beach, FL 33109-0601 |
| aty | + | Andrew D. Zaron, Esq., 255 Alhambra Circle Suite 800, Coral Gables, FL 33134-7412 |
| aty | + | David W. Langley, 8551 W Sunrise Blvd # 303, Fort Lauderdale, FL 33322-4007 |
| aty | + | Steven G. Powrozek, Esq., 750 Park of Commerce Blvd., Suite 130, Boca Raton, FL 33487-3613 |
| cr | + | David W Langley, 8551 W Sunrise Blvd, Suite 303, Plantation, FL 33322-4007 |
| intp | + | Joel Aresty, 309 1st Ave S, Tierra Verde, FL 33715-2231 |
| 98835617 | + | JMB Urban 900 Development Partners LTD, 854 Pheasant Run Road,, West Chester, PA 19382-8144 |
| 98835618 | + | Valencia Estates Homeowners' Association, Registered Agent Haber Law LLP, 251 NW 23 St, Miami, FL 33127-4315 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: aresty@mac.com | Aug 28 2026 00:05:00 | Joel M. Aresty, Esq., Joel M. Aresty, P.A., 309 1st Ave S, Tierra Verde, FL 33715 |
| smg | | Email/Text: BNC_Notices@floridarevenue.com | Aug 28 2026 00:05:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| smg | | EDI: IRS.COM | Aug 28 2026 03:46:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Aug 28 2026 00:06:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew D. Zaron, Esq. | on behalf of Creditor JPMorgan Chase Bank National Association azaron@leoncosgrove.com, eperez@leoncosgrove.com |
| David W. Langley | on behalf of Creditor David W Langley dave@flalawyer.com emily@flalawyer.com;monica@flalawyer.com |
| Joel M. Aresty, Esq. | on behalf of Debtor Liza Hazan aresty@mac.com |
| Joel M. Aresty, Esq. | on behalf of Interested Party Joel Aresty aresty@mac.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Steven G. Powrozek, Esq. | on behalf of Creditor JPMorgan Chase Bank National Association spowrozek@logs.com, LOGSECF@logs.com |

TOTAL: 6

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Liza Hazan (First Name Middle Name Last Name) | Social Security number or ITIN: | xxx–xx–7473 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | (First Name Middle Name Last Name) | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Southern District of Florida | Date case filed for chapter: | 11 8/11/26 |
| Case number: | 26–20613–RAM | | |

# Notice of Chapter 11 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See boxes 7 and 9 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**THE STAFF OF THE BANKRUPTCY CLERK'S OFFICE CANNOT GIVE LEGAL ADVICE.**

**To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Liza Hazan | |
| 2. | **All Other Names Used in the Last 8 Years** | aka Elizabeth Hazan | |
| 3. | **Address** | 6913 Valencia Drive<br>Miami Beach, FL 33109 | |
| 4. | **Debtor's Attorney** (or Pro Se Debtor) Name and address | Joel M. Aresty Esq.<br>Joel M. Aresty, P.A.<br>309 1st Ave S<br>Tierra Verde, FL 33715 | Contact phone 305–904–1903 |
| 5. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered**<br>All visitors (except minors accompanied by an adult) to any federal building or courthouse must present a current, valid government–issued photo identification. Documents in this case may be filed at this address. | US Bankruptcy Court<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact phone (305) 714–1800<br>Clerk of Court: **Joseph Falzone**<br>Dated: **8/27/26** |
| 6. | *** MEETING OF CREDITORS ***<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 18, 2026 at 12:00 PM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY TELEPHONE***<br>**Trustee: Office of the US Trustee**<br>Call in number: 888–330–1716<br>Participant Code: 3205723 |

**WARNING TO DEBTOR: YOUR CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING IF YOU DO NOT APPEAR AT THE MEETING**

## 7. Deadlines

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**

**You must file a complaint:**

- if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3)

or

- if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6).

**Filing deadline for complaint under §1141(d)(3):** First date set for hearing on confirmation of plan. The court will send you a notice of that date later.

**Filing deadline for dischargeability complaints: 11/17/2026**

### When Filing Proofs of Claim:

Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim.

**Deadline for filing proof of claim: 10/20/26**

For a governmental unit: **2/8/27**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:

- your claim is designated as *disputed*, *contingent*, or *unliquidated*;
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection.

**Filing Deadline:**
30 days after the *conclusion* of the meeting of creditors.

## 8. Filing a Chapter 11 Bankruptcy Case

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business.

## 9. Discharge of Debts

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date.

## 10. Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail

A creditor may register to receive clerk–served notices and orders electronically at: https://bankruptcynotices.uscourts.gov. A debtor may register to receive clerk–served notices and orders electronically by filing local form Debtor's Request to Receive Notices Electronically Under DeBN Program.

## 11. Interpreting Services at the Meeting of Creditors

Upon request to the trustee, a telephone interpreter will be provided at no cost to any debtor who does not speak English. Anyone with a communication disability who requires assistance at the meeting of creditors should contact the U.S. Trustee's Office.