**ORDERED in the Southern District of Florida on August 28, 2026.**

Robert A. Mark, Judge
United States Bankruptcy Court

**United States Bankruptcy Court**
**Southern District of Florida**

26-20613-RAM
Ch 11

RE:
Liza Hazan
Debtor
____________________________/

**ORDER GRANTING ENLARGEMENT OF TIME**

**THIS CAUSE** having come before the Court without a hearing on Debtor's pro se Motion for Enlargement of Time to file Schedules and cure deficiencies including case management (DE 15 ), good cause and justification having been shown, and the court being otherwise fully advised, it is upon consideration

**ORDERED AND ADJUDGED** that a 17 day enlargement of time is **GRANTED** until 9/11/26 to cure the deficiencies in DE 5 including case management.

###

Submitted pro se by Liza Hazan who is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.