**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

LIZA HAZAN

Debtor.
_________________________________/

Case No.: 26-20613-RAM
Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that Barry S. Turner, Esq., of the law firm of Barry S. Turner P.A, files this Notice of Appearance as counsel of record in this proceeding for VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC..

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), the undersigned does hereby request and demand that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, plan, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever. The undersigned further requests that the Clerk add him to the matrix in this case.

The filing of this Notice of Appearance should not be construed or interpreted as, a waiver of any and all defenses, jurisdictional or otherwise, that may exist in favor of VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC., nor should the filing of such notice of appearance be deemed to be (i) a consent to the equity jurisdiction of this Court; (ii) an acknowledgment that any specific adversary proceeding or contested matter is either core or non-core; (iii) an acknowledgment or consent to the entry by this Court of a final judgment in any

adversary proceeding or contested matter; or (iv) a waiver of any right to jury trial which may exist in favor of VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC., in any proceeding that has been or will be instituted during the course of the case.

Submitted this 2nd day of September, 2026.

**BARRY S. TURNER, P.A.**
*Counsel for Valencia Estates Homeowners' Association, Inc.*
PO Box 330189
Miami, Florida 33233
Tel: 305.699.4392
Email: bt@bstpa.com

By: */s/ Barry S. Turner*
Barry S. Turner, Esq.
Florida Bar No. 85535

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 2nd day of September, 2026, upon all registered users in this case.

By: */s/ Barry S. Turner*
Barry S. Turner, Esq.