United States Bankruptcy Court
Southern District of Florida

In re: Liza Hazan
Debtor

Case No. 26-20613-RAM
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113C-1 | User: admin | Page 1 of 2
Date Rcvd: Aug 31, 2026 | Form ID: pdf004 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Liza Hazan, 6913 Valencia Drive, Miami Beach, FL 33109-0601 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew D. Zaron, Esq. | on behalf of Creditor JPMorgan Chase Bank National Association azaron@leoncosgrove.com, eperez@leoncosgrove.com |
| David W. Langley | on behalf of Creditor David W Langley dave@flalawyer.com emily@flalawyer.com;monica@flalawyer.com |
| Joel M. Aresty, Esq. | on behalf of Debtor Liza Hazan aresty@mac.com |
| Joel M. Aresty, Esq. | on behalf of Interested Party Joel Aresty aresty@mac.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Steven G. Powrozek, Esq. | on behalf of Creditor JPMorgan Chase Bank National Association spowrozek@logs.com, LOGSECF@logs.com |

TOTAL: 6

**ORDERED in the Southern District of Florida on August 28, 2026.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

**United States Bankruptcy Court**
**Southern District of Florida**

26-20613-RAM
Ch 11

RE:
Liza Hazan
Debtor
___________________________/

**ORDER GRANTING ENLARGEMENT OF TIME**

**THIS CAUSE** having come before the Court without a hearing on Debtor's pro se Motion for Enlargement of Time to file Schedules and cure deficiencies including case management (DE 15 ), good cause and justification having been shown, and the court being otherwise fully advised, it is upon consideration

**ORDERED AND ADJUDGED** that a 17 day enlargement of time is **GRANTED** until 9/11/26 to cure the deficiencies in DE 5 including case management.

###

Submitted pro se by Liza Hazan who is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.