**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

LIZA HAZAN

Debtor.
_________________________________/

Case No.: 26-20613-RAM
Chapter 11

**NOTICE OF RULE 2004 EXAMINATION *DUCES TECUM* OF DEBTOR**

***Production of Documents Only***

VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC., pursuant to Fed.R.Bankr.P. 2004 and Local Rule 2004-1, will examine the debtor, LIZA HAZAN ("**Debtor**" or "**Examinee**"), under oath on **October 2, 2026 at 10:00 A.M.**, at the offices of Barry S. Turner, P.A., 2 South Biscayne Blvd, Suite 1600, Miami, FL 33131.

The examination is being conducted pursuant to Fed.R.Bankr.P. 2004 and Local Rule 2004-1. The scope of the examination shall be as described in Fed.R.Bankr.P. 2004. Pursuant to Local Rule 2004-1, no order or subpoena shall be necessary, and to the extent that a request for production of documents under this rule may be construed as a request under Fed.R.Bankr.P. 7034, the time to respond is shortened to fourteen (14) days.

**IN LIEU OF APPEARANCE**: The Examinee is requested to produce all of the documents described on the attached **Schedule "A"** no later than October 2, 2026 to the offices of Barry S. Turner, P.A., 2 South Biscayne Blvd, Suite 1600, Miami, FL 33131, or by e-mail to: bt@bstpa.com. If the files are too large to produce by e-mail, a link will be provided upon request.

The creditor reserves the right to conduct an oral examination of the Debtor or request additional documents.

Submitted this 3rd day of September, 2026. **BARRY S. TURNER, P.A.**

*Counsel for Valencia Estates Homeowners' Association, Inc.*
PO Box 330189
Miami, Florida 33233
Tel: 305.699.4392
Email: bt@bstpa.com

By: */s/ Barry S. Turner*
Barry S. Turner, Esq.
Florida Bar No. 85535

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 3rd day of September, 2026, upon all registered users in this case and as indicated below.

Elizabeth Hazan
6913 Valencia Dr.
Miami, FL 33109
Email: lizahazan77@gmail.com
Email: elizabethhazan07@gmail.com
***Via US Mail, FedEx and Email***

By: */s/ Barry S. Turner*
Barry S. Turner, Esq.

## Schedule "A"

## Definitions

As used in this request, the following words shall be defined as follows:

1) "Document", "documents", or "documentation" means the original or a copy of any tangible thing from or on which information can be stored, recorded, processed, transmitted, inscribed, or memorialized in any way by any means, regardless of technology or form, and including, but not limited to: accounting books or records; accounts; account statements; affidavits; agendas; agreements; analyses; applications; appointment books; appraisals; audio tapes; balance sheets; bordereaux; books; books or records of account; brochures; cables; calendars; catalogues; CD-ROMs; certificates; charts; circulars; compact discs; computer printouts; contracts; correspondence; data processing input and output; deeds; deposition transcripts; desk calendars; diaries; digital images; drafts; DVDs; DVD-ROMs; electrical recordings; electronically stored information; e-mail communications; evaluations; Excel spreadsheets; experiments; faxes; facsimiles; films; financial statements; floppy disks; guides; guidelines; hard copies of electronic, electrical, magnetic or any other communications not made on paper; hard disk drives; hearing transcripts; income statements; instant messages; interoffice communications; journals; ledgers; letters; lists; logs; magazines; magazine articles; magnetic recordings; magnetic tapes; manuals; memoranda; microfilms; minutes; newspapers; newspaper articles; notations; notebooks; notes; objects; opinions; papers; photographs; policies; PowerPoint presentations; procedures; profit and loss statements; prospectuses; receipts; recordings; releases; reports; schedules; signature cards; sound recordings; spreadsheets; statements; statements of cash flow; statistical records; stock certificates; summaries of accounts; summaries; tables; tabulations; tangible things; telecommunications; telegrams; telefaxes; telex messages; tests; text messages; titles; transcripts; videos; videotapes; websites; work papers; and any other writings, be they typewritten, handwritten, printed, stored in or on any form of electronic or magnetic media, or otherwise, and other records, recordings or pictures of any kind or description. Each copy of a document which contains any separate notations or writings thereon shall be deemed to be a separate document for purposes of these requests. Any document identified will include any document, in draft or final form, either sent or received by You. This term also includes any documents now or ever in Your possession, custody or control, or available to You, Your attorneys, accountants, agents, representatives, employees, or associates, and specifically includes documents kept by individuals in their desks, at home, or elsewhere.

2) "Documents" shall also mean all electronic data storage documents or electronically stored information (ESI) including, but not limited to, e-mails and any related attachments, electronic files or other data compilations which relate to the categories of documents as requested below. Your search for these electronically stored documents shall include all of Your computer hard drives, floppy discs, compact discs, backup and archival tapes, removable media such as zip drives, password protected and encrypted files, databases, electronic calendars, personal digital assistants, proprietary software, and inactive or unused computer disc storage areas.

3) "Communication" or "Communications" includes every manner of transmitting or receiving facts, information, opinions or thoughts (including, but not limited to: visually; orally;

in writing; by digital, analog, electronic, magnetic, telephonic, or other mechanical means; or otherwise), including, without limitation, oral conversations, telephone calls, written correspondence, memoranda or notes, meetings, document transmittals, facsimiles, emails or any other method by which information is transmitted.

4) "Relating to," "related" or "relating" means, directly or indirectly, to refer to, mention, describe, pertain to, arise out of or in connection with or in any way legally, logically, or factually connected with the matter discussed.

5) The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of this discovery all responses that might otherwise be construed to be outside of its scope.

6) The words "any," "all" and "each" shall be construed as necessary to bring within the scope of this discovery request all responses that might otherwise be construed to be outside of its scope.

7) The use of the singular form of any word includes the plural and vice versa.

8) The use of the masculine form of any word includes the feminine form and the neuter form, and vice versa.

9) "And" or "Or" shall include the conjunctive as well as the disjunctive.

10) "You", "Your" and "Debtor" refers to LIZA HAZAN A/K/A ELIZABETH HAZAN.

11) "Association" shall refer to VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC. and its present and former agents, employees, representatives, attorneys, and all other persons acting or purporting to act on behalf of Association.

12) "Property" or "Subject Property" shall mean and refer to the following described real property located in Miami- Dade County, Florida:

> Lot 7, Block 2, of LINDEISFARNE ON FISHER ISLAND SECTION 10, according to the Plat thereof, as recorded in Plat Book 157, page 64, Public Records of Miami-Dade County, Florida.
>
> a/k/a 6913 Valencia Drive, Fisher Island, FL 33109

13) "JPMC" shall mean and refer to JP Morgan Chase Bank, N.A. and all present and former agents, employees, representatives, attorneys, and all other persons acting or purporting to act on behalf of JPMC.

14) "Valencia LLC" shall mean and refer to 6913 Valencia, LLC and all present and former agents, employees, representatives, attorneys, and all other persons acting or purporting to act on behalf of Valencia LLC.

15) "Plan" shall refer to the Fourth Amended Plan of Reorganization (DEBKC#563) filed by You in United States Bankruptcy Court, Southern District of Florida Case No. 16-10389-AJC.

16) "Confirmation Order" shall refer to the Order Confirming Plan of Reorganization (DEBKC#691) entered by the United States Bankruptcy Court, Southern District of Florida in Case No. 16-10389-AJC.

17) "Valencia Mortgage" shall refer to the Mortgage dated March 14, 2012 and recorded as CFN 2012R0186202 at OR Book 28034, Page 4869, et. seq. of the Official Records of Miami-Dade County, Florida.

## Instructions

1. List all documents withheld under any claim of privilege, or other protection from discovery in response to these requests.

2. Identify each withheld document by setting forth:

(a) the type of document (e.g., letter, memorandum, telegram, chart, photograph, reproduction, etc.);
(b) the date of the document;
(c) the names of the author and each addressee;
(d) the name, address and title of the custodian of each document not produced;
(e) the identity of the person(s) asserting the privilege/protection claimed;
(f) the identity of the person(s) having knowledge of the information sought;
(g) the subject matter of the document; and
(h) the basis upon which the privilege/protection is claimed.

3. These document requests are continuing and further supplemental responses and production shall be made and served upon counsel for VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC. if and when additional documents or communications relevant to these document requests come into Your possession, custody, or control.

4. Unless otherwise stated, these document requests call for the production of documents created, dated, sent or received on or after January 1, 2018, through and including the present.

## Schedule of Documents to be Produced

**NOTE: IN ADDITION TO ANY PERIODS OF TIME REFERENCED IN EACH REQUEST BELOW, THE DEBTOR**

**IS TO PROVIDE DOCUMENTATION FOR THE CURRENT YEAR AS WELL.**

1. All Documents produced to the United States Trustee.

2. All Documents and Communications relating to, regarding, or evidencing any payments, transfers, or other consideration by You to Association. This includes, ACHs, cancelled checks (front and back), check registers, check stubs, debit or credit advices or memos and wire transfers.

3. All Documents and Communications relating to, regarding, or evidencing the amount Debtor owes or is indebted to Association by any party for, relating to, or regarding the Property.

4. All Documents and Communications relating to, regarding, or evidencing any payments, transfers, or other consideration by You to JPMC. This includes, ACHs, cancelled checks (front and back), check registers, check stubs, debit or credit advices or memos and wire transfers.

5. All Documents and Communications relating to, regarding, or evidencing the amount Debtor owes or is indebted to JPMC by any party for, relating to, or regarding the Property.

6. All Documents and Communications relating to, regarding, or evidencing any funds, loan proceeds, or other consideration transferred, disbursed, or paid by Valencia LLC to You in exchange for, or in connection with, the Valenica Mortgage or any other mortgage, note, deed of trust, or other loan secured by the Property. This includes, but is not limited to, the promissory note, any loan or credit agreement, the closing or settlement statement, loan disbursement instructions, wire transfer confirmations, cancelled checks (front and back), ACH records, and any other Documents evidencing the amount, date, and method by which such funds were transferred. The timeframe for this request is January 1, 2012 through Your response.

7. All Documents and Communications relating to, regarding, or evidencing any payments, transfers, or other consideration by You to Valencia LLC. This includes, ACHs, cancelled checks (front and back), check registers, check stubs, debit or credit advices or memos and wire transfers.

8. All Documents and Communications relating to, regarding, or evidencing the amount Debtor owes or is indebted to Valencia LLC by any party for, relating to, or regarding the Property.

9. All Documents and Communications relating to, regarding, or evidencing the owner(s), member(s), or holder(s) of Valencia LLC.

10. All Documents and Communications by or between You and Valencia LLC.

11. All Documents and Communications relating to, regarding, or evidencing Debtor's membership interest, ownership interest, or other equity interest in Valencia LLC.

12. All Documents and Communications relating to, regarding, or evidencing Sean Meehan's membership interest, ownership interest, or other equity interest in Valencia LLC.

13. All Documents and Communications relating to, regarding, or evidencing any person, entity, trust, or other organization membership interest, ownership interest, or other equity interest in Valencia LLC.

14. All Documents and Communications between You and any party relating to or regarding any liens, encumbrances, burdens, charges, claims, or other demand that You claim encumbers or may encumber the Property.

15. All Documents and Communications relating to, regarding, or evidencing the priority of liens, claims, mortgages, and encumbrances on the Property.

16. All Documents evidencing payments and transfers made by You pursuant to the Plan and Confirmation Order.

17. All Documents reflecting all sources of income received by the Debtor.

18. All wage stubs, wage statements, and all other Documents received by the Debtor for salary wages, bonuses and commissions earned.

19. All Documents that evidence, refer or relate to any account into which any of Your earnings or other income has been deposited, whether You continue to have an interest in it or not.

20. All tax returns of any type filed by the Debtor, including all amendments, addendums, attachments and schedules, including income tax returns, tangible personal property tax returns, intangible personal property income tax returns, sales tax returns, and so forth, whether made to federal, state or local government agencies.

21. Signed copies of all local, state, and federal tax returns for the years 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025 and/or 2026 including all supporting forms, schedules and documentation, such as K-1s, W-2s, 1099 and 1098 forms, and W-4 tax withholding forms, filed by the Debtor including any amendments.

22. All bank, savings, savings and loan, money market, investment account and accounts receivable books or statements for accounts in institutions representing any items in which the Debtor has a legal or equitable interest or in which You have had any legal or equitable interest.

23. All statements, deposit slips, wire transfer receipts, check registers, and canceled checks for any personal and business bank accounts, checking accounts, savings and loan accounts, savings accounts, money market accounts, stock accounts, stock escrows, crypto accounts,

Coinbase accounts, Robinhood accounts, and for all other accounts in which the Debtor has or has had a legal or equitable interest.

24. Copies of all bank statements (monthly or periodic) and records (including, but not limited to, ledger accounts, deposit slips, cancelled checks (front and back), check registers, check stubs, debit or credit advices or memos and wire transfers) for all bank accounts, both open and closed, personal or business, including virtual bank or merchant accounts, in all financial institutions, anywhere (foreign or domestic) that are in Your name or joint name, or where You are an authorized signer or are an interested party of any kind.

25. All deeds, leases, mortgages, liens, sales contracts, or other written instruments evidencing an interest or an ownership in real property, legal or equitable, at any time, held by or for the Debtor. This includes, but is not limited to, all account statements reflecting the current loan balance of all mortgages or other liens secured by these properties, including, but not limited to, financial statements prepared by You or on Your behalf that were submitted and any other financial statements produced to mortgage holders.

26. For all real property that was sold or transferred, either by You or to You, or by or to an entity in which You have or had any type of legal or beneficial interest, all Documents demonstrating same and an itemized schedule detailing when the real property was transferred or sold, contact information for the transferee, and the amount received for the transfer or sale and copies of all Documents evidencing the transfer of the real property including deeds and sales contracts.

27. All insurance binders on any insurance policy obtained on Your real property or personal property.

28. All property insurance declaration page(s) for any property in which the Debtor holds or has held a legal or equitable interest at any time.

29. The declaration page(s) for all boat and/or airplane insurance for the Debtor of any boat and/or airplane in which the Debtor holds or has held a legal or equitable interest at any time. Further, provide all documentation evidencing the Debtor's ownership, either legal or equitable title, of any boats and/or airplanes, including titles, registrations, security agreements, and Federal Aviation Administration documentation.

30. All bills of sale, contracts, closing statements, title policies or other written evidence of any personal or real property purchased or sold, or transferred in any manner whatsoever, including voluntarily or involuntarily, by the Debtor. Such documentation would include, but not be limited to, any documentation evidencing any repossessions, replevins, garnishments, levies, or foreclosure actions.

31. All Documents that evidence, refer or relate to Your ownership interest in any business entity in the world, including, without limitation, a corporation, limited liability company, partnership, a limited partnership, a limited liability partnership, a limited liability limited partnership, a professional association and a professional corporation.

32. Complete copies of all business records including, but not limited to, occupational licenses, business licenses (federal, state, county, city), patents, financing statements, factoring agreements, financing agreements, franchise agreements, consulting agreements, distribution agreements, employment agreements, partnership agreements, licenses, copyright and trademark, intellectual property, website detail, fictitious name information, non-proprietary manufacturing agreements, assignments, pledges, and financial statements, for any entity in which You have or had an ownership, equitable, beneficial or other interest, including any business interest.

33. Copies of all statements (periodic or monthly) and all support for all deposits, withdraws and transfers (including, without limitation, ledger accounts, memoranda, signatory cards, checkbooks, canceled checks (front and back), wire transfers (incoming and outgoing), debit or credit advices or memos, deposit slips, withdraw slips and any other records) for all bank accounts (open or closed), including all virtual bank or merchant accounts (such as PayPal, Venmo, Cash App, Zelle, Square), in all financial institutions, anywhere (foreign and domestic) where any entity in which You have or had an ownership, equitable, beneficial or other interest, was a joint name, authorized signer, exercised control, or otherwise had an interest, including any business interest.

34. All financial statements, affidavits, loan or credit applications as to Debtor's personal or business assets and liabilities prepared either by You, for You, or on Your behalf.

35. A schedule of all personal property owned by You or in which You have had an interest of any kind (whether legal or beneficial or a combination thereof).

36. All shareholder agreements, membership agreements, partnership agreements, buy-sell agreements, and joint venture agreements to which the Debtor is or has been a party that has been executed or in effect at any time.

37. All minute books, articles of incorporation, by-laws, membership agreements, capital account ledgers, partnership agreements, operating agreements, complete state and federal tax returns, bank records, profit and loss statements, account receivable ledgers, account payable ledgers, most recent inventory, and shareholder agreements of any corporations, limited liability companies, partnerships, or any entity of any kind or structure in which the Debtor is or was an officer, director, member, partner, owner, beneficiary, trustee, associate, or in which the Debtor holds or has held any of the equity interest, ownership interest, membership interest, or corporation's stock.

38. All Documents and Communications relating to any trust to which the Debtor is, or has been, a trustee, settlor, and/or beneficiary (of any kind) either directly or indirectly. For purposes of this request, such Documents and Communications includes, but is not limited to, a copy of the trust agreement, amendments to trust agreements, tax returns filed by the trust, documentation evidencing assets of the trust, documentation evidencing when assets were transferred into the trust, and any documentation evidencing monies, property, assets, and/or other consideration received by the Debtor from the trust for any time from January 1, 2016 through a response to this notice.

39. A copy of the Debtor's last will and testament.

40. All Documents and Communications relating to any monies, funds, assets, property, or the like, of any kind, received by You from any probate, will, trust, revocable trust, irrevocable trust, codicil, amendments, testamentary documents, caveats, agreement, or other similar testamentary document.

41. Copies of all Documents and papers of any type relating to all annuities, 401K accounts, IRAs, pension plans, deferred compensation plans, or other retirement type accounts owned by You for any time. Such documentation would include, but not be limited to, actual policies themselves, contracts, statements, IRS determination letters, documentation evidencing how the annuities, 401K accounts, IRAs, pension plans, deferred compensation plans, or other retirement type accounts were purchased, as well as documentation evidencing how You have spent the funds from such annuities, 401K accounts, IRAs, pension plans, deferred compensation plans, or other retirement type accounts. In regard to documentation evidencing how the annuities, 401K accounts, IRAs, pension plans, deferred compensation plans, or other retirement type accounts were purchased, such appropriate documentation would include, but not be limited to, canceled checks, wire transfer receipts, closing statements, settlement agreements, and any other related papers.

* * *

**Valencia Estates Homeowners' Association, Inc. reserves the right to request additional documents as the investigation continues, as the Examination proceeds, as additional issues are uncovered, and as clarifications are required.**