**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
**www.flsb.uscourts.gov**

IN RE:

LIZA HAZAN, CASE NO.: 26-20613- RAM

Debtor. CHAPTER 11
_______________________/

**EXPEDITED MOTION TO DISMISS CHAPTER 11 PROCEEDING AS A BAD FAITH FILING WITH PREJUDICE AND SANCTIONS**

Creditors, David W. Langley and David W. Langley, P.A., move to dismiss this case as a bad faith filing, with prejudice, and for additional sanctions, and state:

BASIS FOR REQUEST FOR EXPEDITED HEARING

**Debtor, Liza Hazan, has requested an expedited hearing on her Emergency Motion to Dismiss Case, Dkt. No. 27. Movants request a hearing on this Motion at the same time.**

1. The Debtor filed her second Chapter 11 case on August 11, 2026[1].

2. The Movants represented Ms. Hazan in her prior bankruptcy case and, along with several other attorneys, are owed money by Ms. Hazan.

3. The Debtor appears to have filed this bankruptcy merely to stop the various foreclosure proceedings against her and other litigation in which she is involved, with no real prospect of reorganization.

4. The Debtor has filed at least six frivolous Notice of Removal in three separate State Court foreclosure actions, at least three frivolous appeals of remand orders to the Eleventh Circuit Court of Appeal, and now her second Chapter 11 proceeding, having not paid her creditors from

[1] Ms. Hazan's first Chapter 11 Petition was filed on January 11, 2016, Case No. 16-10389-AJC.

her first Chapter 11. She has been described by a Bankruptcy Trustee as having "abused our judicial system with nonsensical filings, blatant misrepresentations, and an outright lack of decency for over 12 years". See below. This filing is another transparent attempt by Hazan to continue to delay her 15 year old first mortgage foreclosure case and three other foreclosure matters. Absent intervention by this Court Ms. Hazan will continue to file and re-file bankruptcy cases, file notices of appeal of every adverse ruling, with no intent to pay the filing fees or continue the appeal, then file more Notices of Removal, intermixed with requests for extensions of time, as she has already done here.

5. The Debtor has apparently realized the opposition she will receive to this latest filing, and has moved to dismiss the case. Movants request the case be dismissed, with prejudice.

<u>BAD FAITH FILING</u>

6. "The good faith of a debtor seeking relief in bankruptcy, or its converse the bad faith of a debtor, has been recognized to be an overriding principle of bankruptcy administration. … With the adoption of the Code, Congress did not impose such a requirement to show good faith before the debtor could maintain a Chapter 11 case. Notwithstanding, in Section 1112(b), Congress authorized a dismissal or conversion of a Chapter 11 case for "cause," which included the lack of good faith of a debtor who sought relief under the chapter. *In re Serfass,* 325 B.R. 901, 905 (Bankr. M.D. Fla. 2005).

7. As stated by the Eleventh Circuit in *In re Albany Partners, Ltd.,* 749 F.2d 670, 674 (11th Cir. 1984):

> § 1112(b) of the Code permits a bankruptcy court to convert or dismiss a case for "cause". The provision lists nine examples of cause, but the list is not exhaustive. The pertinent legislative history states, "The court will be able to consider other factors as they arise, and use its equitable powers to reach an appropriate result in individual cases." H.R.Rep. No. 595, 95 Cong., 1st Sess. 406 (1977), U.S.Code Cong. & Admin.News 1978, pp. 5787, 6362. Accordingly, the determination of cause under § 1112(b) is "subject to judicial

> discretion under the circumstances of each case." *In the Matter of Nancant*, 8 B.R. 1005, 1006 (Bankr.D.Mass.1981). The equitable nature of this determination supports the construction that a debtor's lack of "good faith" may constitute cause for dismissal of a petition. In finding a lack of good faith, courts have emphasized an intent to abuse the judicial process and the purposes of the reorganization provisions. Particularly when there is no realistic possibility of an effective reorganization and it is evident that the debtor seeks merely to delay or frustrate the legitimate efforts of secured creditors to enforce their rights, dismissal of the petition for lack of good faith is appropriate.

8. In *In re Serfass*, supra, on somewhat similar facts, the Court found that "At the time of filing the Debtor was unemployed, was not engaged in any business except in the business of litigating. The Debtor never had a need or a sincere desire, or an ability to utilize the rehabilitative use of this Chapter. In sum, it is clear that the filing was an abuse of the system and would warrant the imposition of sanctions on the Debtor". *In re Serfass*, at 906. We have that same situation here.

LACK OF ABILITY TO SUPPORT REORGANIZATION

9. Hazan has not made a payment on her first mortgage in fifteen years, since prior to her 2016 Chapter 11 case. The exhibits filed in the Chase Bank initial foreclosure case[2], Case No.: 2013-025902-CA-01, indicate that Hazan has not made a payment on her mortgage since August 1, 2011.

10. Hazan has likewise not paid Secured Creditor Valencia Estates Homeowners Association, Inc.. or the Fisher Island Community Association or JMB Urban 900 Development Partners LTD, all creditors in her 2016 Chapter 11.

11. Hazan has not even paid the filing fee for this case, having requested permission to pay $100 per month.

[2] The Court in the initial Chase foreclosure determined an amount due Chase on the mortgage. A second mortgage foreclosure was recently filed by Chase to foreclose on the mortgage for failure pay the amount determined due in the initial case.

12. On information and belief, Hazan owes many more creditors of her 2016 Chapter 11 that have not been paid. She has resided in her Fisher Island home having paid little if any of the ongoing real estate taxes, monthly assessments or mortgage payments.

13. Hazan has yet to show any reasonable prospect of supporting a plan of reorganization, either in this case or the next anticipated case.

HAZAN'S ABUSE OF THE LEGAL SYSTEM

14. Elizabeth Hazan has exhibited a history of intentional delay in numerous lawsuits, including the following:

a. *JP Morgan Chase Bank, N.A. vs Elizabeth Hazan*, et al, Case No. 2013-25902-CA-01: This foreclosure case on Hazan's first mortgage was filed on 8/2/2013. After numerous efforts to evade service, Hazan filed a Verified Motion to Quash Service of Process on 2/11/2014, more than six months after the case was filed. The hearing was set two months later. The Motion to Quash was denied on April 30, 2014. Then a series of motions to withdraw followed, further delaying the case. Then a second Verified Motion to Quash Service of Process was filed by Elizabeth Hazan, pro se, on January 20, 2015, more than seventeen months after the case was filed. These efforts delay by Hazan continued until 11/19/2015 when Chase filed a Notice of Filing of Supplemental Affidavit of Avoidance for Elizabeth Hazan in which the process served detailed the many efforts by Hazan to avoid service. A copy of the Affidavit of Avoidance is attached as Exhibit A.

b. Hazan filed for bankruptcy protection on January 11, 2016. Twenty-nine months passed before Hazan answered the foreclosure complaint.

c. See also Exhibit B, a Response in Opposition to Motion to Quash filed by Chase in the foreclosure case on November 5, 2018, which describes the efforts required by Chase to effect service of process and Hazan's efforts to evade service.

HABITUAL LITIGATION

15. Ms. Hazan and her former husband, Sean Meehan, have also been involved in many protracted lawsuits initiated by them, as well as many lawsuits against them - See Exhibit D, a listing of lawsuits involving Hazan and Meehan filed by Meehan's attorney in Hazan's first bankruptcy case.

16. Hazan is still in litigation with her first mortgage company as referenced above, as well as with the Valencia Homeowners Association - see Exhibit E - a Notice of Filing in that lawsuit to foreclose on the Hazan home, and with the Fisher Island Homeowners' Association. Ms. Hazan is a habitual litigant, having used the legal system to remain in her Fisher Island home for over fifteen years without paying a mortgage payment or real estate tax bill.

17. Hazan's litigious history was summarized by a United States Bankruptcy Trustee in a Delaware bankruptcy case as follows:

> The parties to this case, and certain of their respective attorneys, **have abused our judicial system with nonsensical filings, blatant misrepresentations, and an outright lack of decency for over 12 years**. The filings by Ms. Hazan and Mr. Meehan are just the latest example of this abuse, as they are riddled with countless falsehoods and personal attacks that will not be dignified by the Trustee or his professionals with individual responses. (emphasis supplied).

18. The Chapter 7 Trustee's Response to Order to Show Cause is attached as Exhibit F.

19. Ms. Hazan has also filed a frivolous Notice of Removal to Federal Court in the 15-year-old case of JP Morgan Chase Bank, N.A. vs Elizabeth Hazan, et al, Case No. 2013-25902-CA-01, a foreclosure case that Ms. Hazan has delayed for fifteen years;

20. Hazan also filed two Notices of Removal in the Movant's State Court foreclosure case, along with three frivolous appeals to the Eleventh Circuit Court of Appeal, the last having been dismissed just this month. The effect of these filings has been to delay that State Court foreclosure case for over two years.

21. Hazan has also been involved in numerous State Court and Federal Court cases with Chris Kosachuk in at least four states over the past fifteen years.

22. The filing of this Chapter 11 is yet another effort by Hazan to delay multiple foreclosure cases and to abuse the judicial system. Movants anticipated that Hazan would attempt to dismiss this case once her total lack of ability to reorganize was realized by the Court.

23. Movants believe in good faith that this bankruptcy case was filed for an improper purpose.

24. Based on the foregoing, good cause exists to dismiss this case as a bad faith filing, with prejudice, and with limitations on any future filings in State, Bankruptcy or Federal Court.

WHEREFORE, Creditors, David W. Langley and David W. Langley, P.A., respectfully request that this Court dismiss Debtor's bankruptcy proceeding as requested above and grant such other relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A); and that true and correct copy of the foregoing was filed electronically and served electronically or by mail to: Debtor, trustee, and all interested parties on this 4th day of September, 2026.

DAVID W. LANGLEY
*Attorney for Creditor*
8551 W. Sunrise Boulevard, Suite 303

Plantation, Florida 33322
Telephone: 954-356-0450
Fax: 954-356-0451
E-mail: dave@flalawyer.com

By: ___*/s/ David W. Langley*____________
David W. Langley, Esq.
Florida Bar Number 348279

# EXHIBIT A

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL DIVISION

JPMorgan Chase Bank, National Association, successor in interest by purchase from the FDIC as Receiver of Washington Mutual Bank F/K/A Washington Mutual Bank, FA

Plaintiff,

-vs.-

Elizabeth Hazan a/k/a Liza Hazan; et al.

Defendant(s).

Case #: 2013-CA-025902
DIVISION: 21

## NOTICE OF FILING

PLAINTIFF, **JPMorgan Chase Bank, National Association, successor in interest by purchase from the FDIC as Receiver of Washington Mutual Bank F/K/A Washington Mutual Bank, FA**, hereby gives Notice of Filing of: **Supplemental Affidavit of Avoidance for Elizabeth Hazan a/k/a Liza Hazen and Affidavit of Diligent Search.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the above and foregoing Notice of Filing was mailed on this 19 day of November, 2015, by U.S. Mail and/or email service if an email address is so listed below to the following:

Elizabeth Hazan a/k/a Liza Hazan, 6913 Valencia Drive, Fisher Island, FL 33109

NLG, LLC, 854 Pheasant Run Road, West Chester, PA 19382

6913 Valencia, LLC, c/o Michael W. Simon, R.A., 3839 Northwest Boca Raton Boulevard, 100, Boca Raton, FL 33431

Western National Life Insurance Company f/k/a AIG Annuity Insurance Company, c/o Chief Financial Officer, 200 East Gaines Street, Tallahassee, FL 32399

Unknown Spouse of Elizabeth Hazan n/k/a John Hazan, 7510 Sepulveda Blvd, Van Nuys, CA 91405

cc: Juan Ramirez, Esq., Jr., DIAZ, REUS, TARG, LLP, 3400 Miami Tower, 100 Southeast 2nd Street, Miami, FL 33131

cc: Gian Ratnapala, Esq,., PEYTONBOLIN, 3343 W Commercial Blvd., Suite 100, Fort Lauderdale, FL 33309

cc: NLG, LLC, c/o A Registered Agent, Inc, 8 The Green, Suite A, Dover, DE 19901

Elizabeth Hazan a/k/a Liza Hazan, elizabethhazan07@gmail.com

Fisher Island Community Association, Inc., c/o Gian Ratnapala, Esquire, gian@peytonbolin.com & bankforeclosure@peytonbolin.com

Valencia Estates Homeowners' Association, Inc., c/o Jonathan S. Goldstein, Esq., jgoldstein@dhaberlaw.com & dbhpaservice@dhaberlaw.com

cc: Juan Ramirez, Esq., Jr., DIAZ, REUS, TARG, LLP, jramirez@diazreus.com

***Pursuant to Fla. R. Jud. Admin. 2.516(b)(1)(A), Plaintiff's counsel hereby designates its primary email address for the purposes of email service as: SFGBocaService@logs.com***

SHAPIRO, FISHMAN & GACHÉ, LLP
Attorneys for Plaintiff
2424 North Federal Highway, Ste 360
Boca Raton, Florida 33431
Telephone: (561) 998-6700
Fax: (561) 998-6707
For Email Service Only: SFGBocaService@logs.com
For all other inquiries: LBarringer@logs.com

By: ______________________
for Ludys Barringer, Esq. Robin Reyes
FL Bar # 85905 Bar # 13881

Pursuant to the Fair Debt Collections Practices Act, you are advised that this office may be deemed a debt collector and any information obtained may be used for that purpose.

11-238739 FC01 W50

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST BY PURCHASE FROM THE FDIC AS RECEIVER OF WASHINGTON MUTUAL BANK F/K/A WASHINGTON MUTUAL BANK,
PLAINTIFF,

CASE NO: 13-2013-CA-025902

VS.

ELIZABETH HAZAN A/K/A LIZA HAZAN, et al
DEFENDANT

**SUPPLEMENTAL AFFIDAVIT OF AVOIDANCE FOR**
**ELIZABETH HAZAN A/K/A LIZA HAZAN**

I, **TOSHA JONES**, being sworn, depose and state that:

1. I am over the age of 18, disinterested in the above-styled case, fully competent to give this Affidavit and have personal knowledge of the matters set forth herein.

2. I am a process server engaged and authorized under law to serve the process described below.

3. On 4/29/2015 at 9:00 AM, I received the Summons and attachments (the "Process") in this case for service upon Defendant, **ELIZABETH HAZAN A/K/A LIZA HAZAN** (the "Defendant").

4. I have made diligent efforts to serve the Process upon the Defendant at **6913 VALENCIA DRIVE FISHER ISLAND, FL 33109** (the "Service Address"), with the following results:

   a. 5/2/15 @ 8:23 AM: Server attempted service; escorted to property by security guard, however there was no answer. Server left a notice for the defendant to call in reference to the foreclosure.

   b. 5/6/15 @ 7:12 PM: Server attempted service; escorted to property by security guard, however there was no answer. Notice from 5/2/15 was removed. Server left another notice.

   c. 5/12/15 @ 9:13 PM: Server attempted service; escorted to property by security guard, noticed lights on inside however there was no answer. Server spoke with security Raymundo Lopez (Hispanic male, 6'0, 270

lbs., 30-35 yrs., and Black hair) who confirmed Elizabeth Hazan reside at the property. Notice from 5/6/15 was removed. Server left another notice.

d. 5/16/15 @ 8:55 AM: Server attempted service; escorted to property by security guard, however there was no answer. Notice from 5/12/15 was removed. Server left another notice.

e. 5/23/15 @ 6:39 AM: Server attempted service; escorted to property by security guard, however there was no answer. Notice from 5/16/15 was removed. Server left another notice.

f. 6/1/15 @ 1:13 PM: Server attempted service; escorted to property by security guard, however there was no answer. Notice from 5/23/15 was removed. Server left another notice.

g. 6/2/15 @ 9:28 PM: Server attempted service; escorted to property by security guard, however there was no answer. Notice from 6/1/15 was removed. Server left another notice.

h. 6/4/15 @ 4:36 PM: Server attempted service; escorted to property by security guard, however there was no answer. Notice from 5/2/15 was removed. Server left another notice.

i. 7/25/15 @ 11:55 AM: Server attempted service; escorted to property by security guard, however there was no answer. Server left another notice.

j. 7/29/15 @ 2:19 PM: Server called XXX-XXX-6605 and spoke with Elizabeth Hazan who advised she will be out of town until September 10, 2015, Server provided her name and number so she could call once she returned.

k. 8/5/15 @ 8:40 PM: Server attempted service; escorted to property by security guard, however there was no answer. Server noticed Jet skis parked on the side near bushes. Server called XXX-XXX-6605, but currently not in service. Notice from 7/25/15 was removed. Server left another notice.

l. 8/18/15 @ 7:00 AM: Server attempted service; escorted to property by security guard, however there was no answer. Notice from 8/5/15 was removed. Server left another notice.

m. 9/12/15 @ 4:24 PM: Server attempted service; escorted to property by security guard, however there was no answer. Server called XXX-XXX-6605, but got no response. Server left another notice.

n. 9/16/15 @ 9:38 AM: Server called XXX-XXX-6605, and spoke with Elizabeth Hazan who advised she was in Canada and had made a mistake on her return date, she states she should be back either on October 7, 8 or 10th after the Jewish holiday, also stated she had explained this to the attorney.

o. 10/08/15 @ 9:58 AM: Server attempted service; escorted to property by security guard, however there was no answer. Server called XXX-XXX-6605, but got no response; unable to leave a message voicemail is full. Notice from 9/16/15 was removed. Server left another notice.

p. 10/14/15 @ 9:11 AM: Server attempted service; escorted to property by security guard, however there was no answer. Server called XXX-XXX-6605, but got no response; unable to leave a message voicemail is full. Notice from 10/08/15 was removed. Server left another notice.

q. 10/21/15 @ 8:35 PM: Server attempted service; escorted to property by security guard, notice lights on inside once Server knocked on the door the lights were turned off. Server identified herself and asked for Elizabeth Hazan but received no response. Notice from 10/14/15 was removed. Server left another notice.

r. 10/30/15 @ 6:36 AM: Server attempted service; escorted to property by security guard, however there was no answer. Server called XXX-XXX-6605, but got no response; unable to leave a message voicemail is full. Notice from 10/21/15 was removed. Server left another notice.

5. I believe that the Defendant is located at the Service Address for the following reasons:

a. 5/12/15 @ 9:13 PM: Server attempted service; escorted to property by security guard, noticed lights on inside however there was no answer. Server spoke with security Raymundo Lopez (Hispanic male, 6'0, 270 lbs., 30-35 yrs., and Black hair) who confirmed Elizabeth Hazan reside at the property.

b. 7/29/15 @ 2:19 PM: Server called XXX-XXX-6605 and spoke with Elizabeth Hazan who advised she will be out of town until September 10, 2015, Server provided her name and number so she could call once she returned.

6. ADDITIONAL COMMENTS:

None.

7. Despite my diligent efforts to serve the Defendant at the Service Address, I have been unable to effect service of the Process, and I believe that the Defendant is concealing himself to avoid service of process in this case.

FURTHER AFFIANT SAYETH NAUGHT

_______________________________
Process Server (signature)

**TOSHA JONES**
Process Server (print name)

#1676, Miami-Dade
Process Server Authority
(License #, Appointed by Court Order or Disinterested Adult, etc.)

STATE OF FLORIDA
COUNTY OF DADE

Sworn to and subscribed to me on the 12 day of November, 2015 by Tosha Jones, who:

[✓] is personally known by me
[ ] produced ____________ as identification.

(Seal)

_______________________________
Notary Public (signature)

Karol German
Notary Public (print name)

KAROL GERMAN
MY COMMISSION # FF 008970
EXPIRES: April 16, 2017
Bonded Thru Notary Public Underwriters

CASE ID: 4353238
FILE #: 11-238739

ID: 4353238

ELEVENTH JUDICIAL CIRCUIT COURT OF FLORIDA
DADE COUNTY, FLORIDA
CIVIL DIVISION
DIVISION #: 21

NO: 13-2013-CA-025902

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST BY PURCHASE FROM THE FDIC AS RECEIVER OF WASHINGTON MUTUAL BANK F/K/A WASHINGTON MUTUAL BANK, FA.,
**PLAINTIFF(S),**

VS.

ELIZABETH HAZAN A/K/A LIZA HAZAN, ET AL,
**DEFENDANT(S).**

## AFFIDAVIT OF DILIGENT SEARCH AND INQUIRY

I, Jorge Gonzalez, an employee of ProVest Services LLC ("ProVest"), being sworn, certify that the following information is true:

I have made diligent search and inquiry to discover the current residence of ELIZABETH HAZAN A/K/A LIZA HAZAN, who is over 18 years old. The methods, activities and actions undertaken to make this diligent search and inquiry are summarized below and include searches that I conducted on various public and private databases. Private databases searched may include fee-based searches from recognized industry-standard data providers who are aggregators of public and private data. Pursuant to Florida Rule of Judicial Procedure 2.425 "Minimization of the Filing of Sensitive Information," certain information below is redacted but can be produced and sources of the data identified for *in camera* inspection by the Court.

**LAST KNOWN ADDRESS:** 6913 VALENCIA DR FISHER ISLAND FL 33109

**A: INQUIRY OF SOCIAL SECURITY INFORMATION:**

**SOCIAL SECURITY NUMBER:** XXX-XX-XXXX
*Pursuant to FL Rule of Judicial Administration 2.425 the Subject Person's social security number has been completely redacted.*

1. **INQUIRY SHOWS SSN# WITH ADDRESSES OF:**
   6913 VALENCIA DRIVE FISHER ISLAND FL 33109
   11737 NW 11TH STREET PEMBROKE PINES FL 33026
   1 E 62ND ST APT 1A-E NEW YORK NY 10065 7204
   14850 SW 26TH STREET, STE 204 MIAMI FL 33185
   6913 VALENCIA DRIVE BOCA RATON FL 33431
2. **CREDIT AND BANKRUPTCY SEARCH:**
   NO RECORD FOUND.

ID: 4353238

**B: LAST KNOWN EMPLOYMENT OF DEFENDANT:**

THE AZAM GROUP, LLC. FOUND INACTIVE IN NATIONAL SECRETARY OF STATE.
NO PHONE NUMBER FOUND.
THIS WAS FOUND TO BE A RECENT PLACE OF EMPLOYMENT FOR OUR DEFENDANT.
NO ADDITIONAL EMPLOYMENT INFORMATION WAS PROVIDED PRIOR TO THE INVESTIGATION OR FOUND DURING THE INVESTIGATION.

**C: INQUIRY OF ADDRESS:**

6913 VALENCIA DR FISHER ISLAND FL 33109
THIS IS THE PROPERTY ADDRESS

1. **INQUIRY OF NEIGHBORS AT LAST KNOWN ADDRESS:**

(XXX) XXX-2577 VOICE MAIL. NO MESSAGE LEFT. 11/13/2015 9:25:21 AM
NO ADDITIONAL PHONE LISTINGS FOUND FOR NEARBY NEIGHBORS.

2. **INQUIRY OF RELATIVES RELATED TO DEFENDANT:**

NO CURRENT PHONE LISTINGS FOUND FOR RELATIVES.

3. **TAX COLLECTOR'S RECORDS IN AREA WHERE DEFENDANT WAS LAST KNOWN TO RESIDE:**

6913 VALENCIA DRIVE FISHER ISLAND FL 33109-0601 LISTED TO ELIZABETH HAZAN

**D: INQUIRY OF TELEPHONE COMPANY:**

1. **TELEPHONE LISTINGS IN THE LAST KNOWN LOCATIONS OF DEFENDANT'S RESIDENCE:**

NO RECORD FOUND.

2. **STATE WIDE DIRECTORY ASSISTANCE SEARCH:**

(XXX) XXX-2842 LEFT CALL BACK MESSAGE LISTED TO UNKNOWN FEMALE. 11/12/2015 2:30:43 PM

3. **OTHER PHONE SEARCH:**

XXX-XXX-4164 DISCONNECTED. 8/24/2015 3:56:46 PM
XXX-XXX-9041 NOT IN SERVICE. 8/24/2015 3:59:43 PM
(XXX) XXX-3681 LEFT CALL BACK MESSAGE ON VOICE MAIL LISTED TO UNKNOWN MALE. 8/24/2015 4:00:50 PM
(XXX) XXX-8207 DISCONNECTED 8/24/2015 4:01:37 PM
(XXX) XXX-4827 DISCONNECTED 8/24/2015 4:02:49 PM
(XXX) XXX-4970 DISCONNECTED 8/24/2015 4:03:24 PM
(XXX) XXX-3024 DISCONNECTED 8/24/2015 4:06:34 PM
(XXX) XXX-4030 BUSY. 8/24/2015 4:07:06 PM
(XXX) XXX-1462 NO ANSWER. NO VOICE MAIL. DEAD AIR, 8/24/2015 4:09:03 PM
(XXX) XXX-6605 NOT IN SERVICE. 8/24/2015 4:11:48 PM
(XXX) XXX-7677 DISCONNECTED. 8/24/2015 4:12:00 PM
(XXX) XXX-3791 LEFT CALL BACK MESSAGE ON GENERIC VOICE MAIL. 8/24/2015 4:12:31 PM
(XXX) XXX-3791 LEFT CALL BACK MESSAGE ON GENERIC VOICE MAIL. 11/12/2015 2:01:10 PM (XXX) XXX-3681 LEFT CALL BACK MESSAGE ON VOICE MAIL LISTED TO UNKNOWN MALE. 11/12/2015 1:56:07 PM
(XXX) XXX-4030 SPOKE WITH MALE WHO ADVISED THAT THE NAMED DEFENDANT DOES NOT WORK THERE. HAD LEFT THE EMPLOYMENT AND DOES NOT KNOW OF THE WHEREABOUTS. 11/12/2015 1:58:06 PM
(XXX) XXX-1462 MALE ADVISED HAVE THE WRONG NUMBER. 11/12/2015 1:59:51 PM

ID: 4353238

## E: INQUIRY OF STATE DEPARTMENT OF MOTOR VEHICLE RECORDS:

1. **DRIVER LICENSE RECORDS IN THE STATE OF DEFENDANTS LAST KNOWN ADDRESS:**

DRIVER LICENSE: XXXXXXXX6710
ADDRESS: 6913 VALENCIA DR , MIAMI BEACH FL 33109-0601

2. **DEPARTMENT OF MOTOR VEHICLE RECORDS IN THE STATE OF DEFENDANTS LAST KNOWN ADDRESS:**

The subject does not show current ownership of a vehicle

NO CURRENT RECORD FOUND.

## F: OTHER INQUIRIES:

1. **TAX ASSESSOR'S RECORDS IN THE AREA WHERE DEFENDANT WAS LAST KNOWN TO RESIDE:**

A SEARCH WAS COMPLETED ON THE PROPERTY ADDRESS AT 6913 VALENCIA DRIVE FISHER ISLAND FL 33109 AND IT WAS FOUND THAT ELIZABETH HAZAN IS THE OWNER OF THE PROPERTY. FURTHERMORE THE MAILING ADDRESS OF THE SAID PROPERTY IS 6913 VALENCIA DRIVE FISHER ISLAND FL 33109-0601

2. **VOTER REGISTRATION IN THE AREA WHERE THE DEFENDANT WAS LAST KNOWN TO RESIDE:**

NO RECORD FOUND.

3. **FREEDOM OF INFORMATION ACT INQUIRY MADE TO U.S. POSTAL SERVICE:**

NO REQUEST FOR INFORMATION WAS MADE TO THE POSTAL INSPECTOR ON THIS CASE

4. **U.S. POSTAL SERVICE CHANGE OF ADDRESS SEARCH:**

ProVest maintains records pertaining to searches for individuals made in the regular course of its business. Such records include inquiry into change of address records which are on file with the U.S. Postal Service. In this matter, the business records of ProVest show that ProVest searches for a change of address records as to the following names and/or addresses with the following results:

11737 NW 11TH ST | PEMBROKE PINES | FL | 33026 4340 | BROWARD COUNTY
6913 VALENCIA DR | FISHER ISLAND | FL | 33109 | DADE COUNTY

NO CHANGE OF ADDRESS ORDER RECEIVED TO DATE.

5. **REGULATORY AGENCIES FOR PROFESSIONAL OR OCCUPATIONAL LICENSING:**

ACTIVE. REAL ESTATE BROKER OR SALES LICENSE NUMBER: SL684932 EXPIRES: 09/30/2017 MAIN ADDRESS: 6913 VALENCIA DRIVE, MIAMI FLORIDA 33109

6. **INQUIRY TO DETERMINE IF DEFENDANT IS IN MILITARY SERVICE:**

NO ACTIVE DUTY FOUND.

7. **NATIONWIDE MASTERFILE DEATH SEARCH:**

NO RECORD FOUND.

8. **INTERNET PEOPLE FINDER SEARCH:**

GOOGLE SEARCH – SEARCH WAS UNABLE TO ASSIST IN LOCATING ADDITIONAL INFORMATION FOR OUR DEFENDANT.
FACEBOOK SEARCH – SEARCH WAS UNABLE TO ASSIST IN LOCATING ADDITIONAL INFORMATION FOR OUR DEFENDANT.
LINKEDIN SEARCH – SEARCH WAS UNABLE TO ASSIST IN LOCATING ADDITIONAL INFORMATION FOR OUR DEFENDANT.

**G: CORRECTIONAL FACILITIES SEARCHES:**

1. **FEDERAL PRISON RECORDS SEARCH:**

   NO RECORD FOUND THAT SHOWS THE NAMED DEFENDANT IS CURRENTLY INCARCERATED.

2. **DEPARTMENT OF CORRECTIONS RECORDS IN THE STATE OF DEFENDANT'S LAST KNOWN ADDRESS:**

   NO RECORD FOUND THAT SHOWS THE NAMED DEFENDANT IS CURRENTLY INCARCERATED.

3. **COUNTY JAIL RECORDS SEARCH:**

   NO RECORD FOUND THAT SHOWS THE NAMED DEFENDANT IS CURRENTLY INCARCERATED.

**H: PUBLIC RECORD SEARCH :**

1. **MARRIAGE AND DIVORCE RECORDS SEARCH:**

   FILING TYPE: MARRIAGE
   MARRIAGE DATE: 08/08/2014
   GROOM: SEAN N MEEHAN
   BRIDE: LIZA HAZAN
   STATE ORIGIN: FLORIDA
   FILING NUMBER: 085417
   COUNTY ORIGIN: MIAMI-DADE
   CITY ORIGIN: MIAMI BEACH

2. **TRAFFIC INFRACTION SEARCH:**

   NO CURRENT RECORD FOUND.

3. **ALL OTHER COURT SEARCHES:**

   NO ADDITIONAL INFORMATION FOUND.

**I: ADDITIONAL EFFORTS MADE TO LOCATE DEFENDANT:**

NO ADDITIONAL INFORMATION FOUND.

ID: 4353238

J: **ATTEMPTS TO SERVE PROCESS AND RESULTS:**

In the regular performance of my job functions, I have access to and am familiar with ProVest's business records relating to the service of process at issue in this legal action. The business records constitute records or data compilations (the "Records") of service of process attempts ("Service Attempts") relating to this legal action and it is ProVest's regular practice to make and keep such Records. The Records were made at the time of the act, transaction, occurrence, or event or a reasonable time thereafter by, or from information transmitted from, a person with knowledge of the Service Attempts. I have personal knowledge of the manner in which the Records are created, and I reviewed and relied upon the Records in executing this Affidavit. The following is a summary of the attempts made to serve process on the Subject/Defendant based on my review of the Records:

PROCESS SERVER ATTEMPTED SERVICE AT: 6913 VALENCIA DRIVE FISHER ISLAND FL 33109
PROCESS SERVER STATES: AFTER NUMEROUS ATTEMPTS, UNABLE TO MAKE CONTACT; ATTEMPT SERVICE ON THE FOLLOWING DATES AND TIME: ON 9/12/2015 @ 4:24PM THERE WAS NO ANSWER AT PROPERTY, LEFT NOTICE; THERE WAS A BLACK HONDA CIVIC PARKED IN FRONT YARD AND A SILVER KIA PARKED ON SIDE OF THE PROPERTY; I CALLED (XXX)XXX-6605 AND GOT NO ANSWER, LEFT VOICE MESSAGE; ON 9/16/2015 @ 9:38AM THE PREVIOUS NOTICE WAS REMOVED. I GOT NO ANSWER AND LEFT ANOTHER NOTICE; I WAS ESCORTED TO THE ADDRESS. THE ESCORT HAD NO INFO; I CALLED (XXX)XXX-6605 AND GOT NO ANSWER. I WAS UNABLE TO LEAVE A MESSAGE, THE VOICEMAIL WAS FULL; ON 9/16/2015 @ 9:38AM I SPOKE WITH ELIZABETH HAZAN VIA (XXX)XXX-6605. SHE INFORMED ME SHE'S IN CANADA. SHE MADE A MISTAKE. SHE WILL BE BACK ON OCTOBER 7, 8 OR THE 10TH, AFTER THE JEWISH HOLIDAY; SHE SAID SHE EXPLAINED THAT TO THE ATTORNEY AND PROVIDED NO OTHER INFO; ON 10/8/2015 @ 9:58AM THE PREVIOUS NOTICE WAS REMOVED. I GOT NO ANSWER AND LEFT NOTICE; I WAS ESCORTED TO ADDRESS. THE ESCORT HAD NO INFO; I CALLED (XXX)XXX-6605 GOT NO ANSWER. I WAS UNABLE TO A LEAVE A MESSAGE. THE VOICEMAIL WAS FULL; ON 10/14/2015 @ 9:11AM THE PREVIOUS NOTICE WAS REMOVED. I GOT NO ANSWER AND LEFT ANOTHER NOTICE; I WAS ESCORTED TO THE ADDRESS. THE ESCORT HAD NO INFO; THERE WAS A BLUE TOYOTA YARIS PARKED IN THE YARD; I CALLED (XXX)XXX-6605. I GOT NO ANSWER AND WAS UNABLE TO LEAVE A MESSAGE, THE VOICEMAIL WAS FULL; 10/21/2015 @ 8:35PM THE PREVIOUS NOTICE WAS REMOVED. THE LIGHTS WERE ON INSIDE. I KNOCKED ON THE DOOR, THE LIGHTS SUDDENLY OFF. I ASKED FOR DEFENDANT AND IDENTIFIED MYSELF, I GOT NO ANSWER AND LEFT A NOTICE. I WAS ESCORTED TO THE PROPERTY. THE ESCORT HAD NO INFO; ON 10/30/2015 @ 6:36AM THE PREVIOUS NOTICE WAS REMOVED, I GOT NO ANSWER AND LEFT A NOTICE. THERE WERE NO LIGHTS AND NO VEHICLES. I WAS ESCORTED TO PROPERTY. THE ESCORT HAD NO INFO. I CALLED (XXX)XXX-6605. I GOT NO ANSWER AND THE VOICEMAIL REMAINED FULL

PROCESS SERVER ATTEMPTED SERVICE AT: 11737 NW 11TH STREET PEMBROKE PINES FL 33026
PROCESS SERVER STATES: NOT AT ADDRESS, DON'T KNOW DEFENDANT PER SECURITY, HISPANIC MALE, 28 YEARS OLD, 5'9", 175 LBS, BROWN HAIR

PROCESS SERVER ATTEMPTED SERVICE AT: 1 E 62ND ST APT 1A-E NEW YORK NY 10065 7204
PROCESS SERVER STATES: 5/13/2014 12:05:00 PM NO LONGER RESIDES IN BUILDING , SPOKE WITH CONCIERGE WHO STATED THAT THE DEFENDANT MOVED OUT OF THE BUILDING ABOUT A YEAR AGO AND HAD NO FURTHER INFORMATION ON CURRENT WHERABOUTS, ALSO ADVISED ELIZABETH RESIDED IN APT 1A AND THERE IS NO 1A-E

PROCESS SERVER ATTEMPTED SERVICE AT: 14850 SW 26TH STREET, STE 204 MIAMI FL 33185
PROCESS SERVER STATES: 6/9/2015 2:00:00 PM CANNOT ACCEPT SERVICE AS PER RECEPTIONIST THAT ASKED ATTORNEY RAY GARCIA RECEPTIONIST NAME MADELIN HERNANDEZ.

PROCESS SERVER ATTEMPTED SERVICE AT: 6913 VALENCIA DRIVE BOCA RATON FL 33431
PROCESS SERVER STATES: 11/20/2014 9:50:00 AM INVALID ADDRESS. NON-DELIVERABLE

ID: 4353238

**K: CONTACT WITH THE OCCUPANT OF PREMISE:**

No inquiry was made at the property address because:
6913 VALENCIA DR FISHER ISLAND FL 33109

AFTER NUMEROUS ATTEMPTS, UNABLE TO MAKE CONTACT; ATTEMPT SERVICE ON THE FOLLOWING DATES AND TIME: ON 9/12/2015 @ 4:24PM THERE WAS NO ANSWER AT PROPERTY, LEFT NOTICE; THERE WAS A BLACK HONDA CIVIC PARKED IN FRONT YARD AND A SILVER KIA PARKED ON SIDE OF THE PROPERTY; I CALLED (XXX)XXX-6605 AND GOT NO ANSWER, LEFT VOICE MESSAGE; ON 9/16/2015 @ 9:38AM THE PREVIOUS NOTICE WAS REMOVED. I GOT NO ANSWER AND LEFT ANOTHER NOTICE; I WAS ESCORTED TO THE ADDRESS. THE ESCORT HAD NO INFO; I CALLED (XXX)XXX-6605 AND GOT NO ANSWER. I WAS UNABLE TO LEAVE A MESSAGE, THE VOICEMAIL WAS FULL; ON 9/16/2015 @ 9:38AM I SPOKE WITH ELIZABETH HAZAN VIA (XXX) XXX-6605. SHE INFORMED ME SHE'S IN CANADA. SHE MADE A MISTAKE. SHE WILL BE BACK ON OCTOBER 7, 8 OR THE 10TH, AFTER THE JEWISH HOLIDAY; SHE SAID SHE EXPLAINED THAT TO THE ATTORNEY AND PROVIDED NO OTHER INFO; ON 10/8/2015 @ 9:58AM THE PREVIOUS NOTICE WAS REMOVED. I GOT NO ANSWER AND LEFT NOTICE; I WAS ESCORTED TO ADDRESS. THE ESCORT HAD NO INFO; I CALLED (XXX)XXX-6605 GOT NO ANSWER. I WAS UNABLE TO A LEAVE A MESSAGE. THE VOICEMAIL WAS FULL; ON 10/14/2015 @ 9:11AM THE PREVIOUS NOTICE WAS REMOVED. I GOT NO ANSWER AND LEFT ANOTHER NOTICE; I WAS ESCORTED TO THE ADDRESS. THE ESCORT HAD NO INFO; THERE WAS A BLUE TOYOTA YARIS PARKED IN THE YARD; I CALLED (XXX)XXX-6605. I GOT NO ANSWER AND WAS UNABLE TO LEAVE A MESSAGE, THE VOICEMAIL WAS FULL; 10/21/2015 @ 8:35PM THE PREVIOUS NOTICE WAS REMOVED. THE LIGHTS WERE ON INSIDE. I KNOCKED ON THE DOOR, THE LIGHTS SUDDENLY OFF. I ASKED FOR DEFENDANT AND IDENTIFIED MYSELF, I GOT NO ANSWER AND LEFT A NOTICE. I WAS ESCORTED TO THE PROPERTY. THE ESCORT HAD NO INFO; ON 10/30/2015 @ 6:36AM THE PREVIOUS NOTICE WAS REMOVED, I GOT NO ANSWER AND LEFT A NOTICE. THERE WERE NO LIGHTS AND NO VEHICLES. I WAS ESCORTED TO PROPERTY. THE ESCORT HAD NO INFO. I CALLED (XXX)XXX-6605. I GOT NO ANSWER AND THE VOICEMAIL REMAINED FULL

1. **CURRENT RESIDENCE:**

ELIZABETH HAZAN A/K/A LIZA HAZAN's current residence is unknown to me.

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

AFFIANT

NOV 1 6 2015

Jorge Gonzalez PV #: 4353238

Date

ProVest Services LLC
4520 Seedling Circle
Tampa, Florida 33614
(813) 250-6450

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

NOV 1 6 2015

Sworn to or affirmed and signed before me on this _____ day of ____________, 20_____ by Jorge Gonzalez.

DORIMAR MOSLEY
Notary Public - State of Florida
My Comm. Expires Dec 14, 2015
Commission # EE 153359
Bonded Through National Notary Assn.

NOTARY PUBLIC, STATE OF Fl

Dorimar Mosley
(Print, Type or Stamp Commissioned Name of Notary Public)

✓ Personally known
______ Produced Identification
Type of identification produced: ______________________

Department of Defense Manpower Data Center

Results as of : Nov-10-2015 11:51:14 AM

SCRA 3.0

ID: 4353238

# Status Report
# Pursuant to Servicemembers Civil Relief Act

Last Name: HAZAN
First Name: ELIZABETH
Middle Name:
Active Duty Status As Of: Nov-10-2015

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Mary M. Snavely-Dixon

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ý 501 et seq. as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via this URL: https://kb.defense.gov/PublicQueries/publicQuestions/FaqsAnswers.jsp?Subject=Locating Service Members or Getting a Mailing Address. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ý 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: X166X0666201YD0

# EXHIBIT B

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2013-025902-CA-01

JPMORGAN CHASE BANK, N.A.
Plaintiff,

v.

ELIZABETH HAZAN, *et al.*,
Defendants.
______________________________________/

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO QUASH**

Plaintiff JPMORGAN CHASE BANK, N.A. ("Chase") files this response in opposition to Defendant Elizabeth Hazan's ("Defendant" or "Hazan") Motion to Quash Service of Process (the "Motion to Quash"), and states the following in support:

## I. INTRODUCTION

This is an action to foreclose a multi-million dollar mortgage encumbering a posh home on Fisher Island. Defendant has not made a payment on the mortgage for years. In an attempt to further delay this 2013 foreclosure case, Defendant filed her Motion to Quash, alleging that service was improper. In fact, Defendant was properly served in this action and a return of service was filed with the Court. *See* Return of Service, Ex. A. Defendant's refusal to accept service of the summons and complaint from the process server's hands does not constitute proper grounds for a motion to quash. Because Defendant has failed to provide any evidence—much less clear and convincing evidence—that proves service was improper, the Motion to Quash should be denied.

## II. ARGUMENT

### A. Legal Standard

To prevail on a motion to quash service, the moving defendant "must be able to demonstrate the invalidity of the service of process by clear and convincing evidence before the motion to quash [can] be granted." *Boca Stel 2, LLC v. JPMorgan Chase Bank Nat'l Ass'n*, 159 So. 3d 140, 142 (Fla. 5th DCA 2014); *see Morgan Stanley Smith Barney LLC v. Gib. Private Bank & Trust Co.*, 162 So. 3d 1058 (Fla. 3d DCA 2015). "Clear and convincing evidence requires that the witnesses to a fact be credible; the facts testified to must be distinctly remembered; the details must be narrated exactly and in order; the testimony must be clear, direct and weighty; and the witnesses must be lacking in confusion as to the facts in issue." *Lazo v. Bill Swad Leasing Co.*, 548 So. 2d 1194, 1195 (Fla. 4th DCA 1989).

Service of original process is governed by Section 48.031(1), Florida Statutes, which provides that service is made by "delivering a copy of it to the person to be served with a copy of the complaint, petition, or other initial pleading or paper or by leaving the copies at his or her usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents." Where "the person to be served flees from the presence of the process server in a deliberate attempt to avoid service of process, the delivery requirement . . . may be satisfied if the process server leaves the papers at a place in which such person can easily retrieve them and takes reasonable steps to call such delivery to the attention of the person to be served." *See Olin Corp. v. Haney*, 245 So. 2d 669, 670-71 (Fla. 4th DCA 1971).

### B. Plaintiff Served Defendant Despite Her Efforts to Thwart Service

On March 9, 2018, Plaintiff's process server, Mr. Lazaro Lopez, followed Defendant's car, a black Mercedes-Benz, from her residence to a parking lot located near the United States

Bankruptcy Court for the Southern District of Florida. Defendant entered the courthouse and her husband remained in the car. After the hearing, Defendant exited the bankruptcy court with her attorney. As she approached the parking lot, Mr. Lopez (again accompanied by two Miami-Dade police officers) tapped on the window of Defendant's car and explained to her husband that he was a process server and needed to give certain documents to Defendant. Defendant's husband promptly called Defendant, who was approaching the parking lot, and shouted "look out, the process server is here!" Defendant crouched behind her attorney, shouted "Help. Make him go away", and refused to take the process from Mr. Lopez. Mr. Lopez, after again confirming that Defendant was refusing to accept service of process, informed Defendant that he was leaving the process on the hood of her car. Mr. Lopez witnessed Defendant leave the parking lot and later get into her black Mercedes-Benz with her husband driving.

Here, Mr. Lopez effected service of process on Defendant. It is clear that Defendant deliberately attempted to avoid service of process by crouching behind her attorney and patently refusing to take the papers from the process server's hand. Moreover, it is clear that Mr. Lopez left the papers at a place from which Defendant could easily retrieve them (the hood of her car) and called such delivery to Defendant's attention. Under Florida law, this is effective service of process. *See Olin Corp. v. Haney,* 245 So. 2d 669, 670-71 (Fla. 4th DCA 1971) (finding service proper where individual ran back inside her house, away from the process server, shouted "No, No!" and process server left a copy of the Summons and Complaint at the individual's front door); *see Block v. Wing, Grill & Beer Master, Inc.*, Case No. 5:16-cv-55-Oc-30PRL, 2016 U.S. Dist. LEXIS 71235, *4-5 (M.D. Fla. June 1, 2016) (finding service proper where woman locked the door in a deliberate attempt to avoid service of process and the process server "left the papers at the front door where she could easily retrieve them" and "called the service to her attention."); *see*

*Kennedy v. Grova*, Case. No. 11-61354-CIV, 2012 U.S. Dist. LEXIS 54898, *8 (S.D. Fla. April 19, 2012) (finding service proper where individual attempted to avoid service by "refusing to open his door and [the process server] notified [the individual] that he was being served and left the papers, both the Summons and Amended Complaint, on [the individual's] front door, a place where [the individual] could readily access them.").

Notably, Defendant previously evaded service of process in this matter. Prior to service on March 9, 2018, Mr. Lopez made numerous service attempts on Defendant at her residence located at 6913 Valencia Drive, Fisher Island, FL 33109. On one such service attempt on or about March 2, 2018, Mr. Lopez, accompanied by two Miami-Dade police officers, viewed Defendant through the window of her home. Despite knocking on the door and shouting loudly to her, Defendant refused to answer the door. Instead, her husband exited the home and shouted at Mr. Lopez to leave and stated that Defendant was not at home. Such conduct is indicative of Defendant's evasive conduct with respect to service of process and serves as a backdrop to the March 9, 2018 service of process which Defendant seeks to quash.

Defendant should not be entitled to unfairly delay this matter further by continuously evading service of the summons and complaint. The Court should deem service proper under the circumstances so that Chase can move forward with its foreclosure action.

## III. CONCLUSION

For the foregoing reasons, Defendant's Motion to Quash should be denied.

Dated: November 5, 2018

Respectfully submitted,

*s/ Aaron Brownell*
Laurie U. Mathews, Esq.
Florida Bar No.: 120618
Aaron Brownell, Esq.
Florida Bar No.: 126213
**LEÓN COSGROVE, LLP**
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Telephone: 305.740.1975
Facsimile: 305.437.8158
Email: lmathews@leoncosgrove.com
Email: abrownell@leoncosgrove.com Email:
Email: cmanzano@leoncosgrove.com
Email: jgomez@leoncosgrove.com
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was filed electronically and was sent by Email from the Courts' E-Filing Portal System, unless otherwise noted below, on all counsel or parties of record listed below this 5th day of November, 2018:

Robin Reyes, Esq.
SHAPIRO, FISHMAN & GACHE, LLP
2424 North Federal Highway, Suite 360
Boca Raton, FL 33431
Email: SFGBocaService@logs.com
Email: roreyes@logs.com
*Co-Counsel for Plaintiff*

David W. Langley, Esq.
LAW OFFICES OF DAVID W. LANGLEY
8551 W. Sunrise Blvd, Suite 303
Plantation, FL 33322
Email: dave@flalawyer.com
*Counsel for Defendant, Elizabeth Hazan*

Juan Ramirez, Jr. Esq.
DIAZ, REUS, TARG, LLP
3400 Miami Tower, 100 SE 2nd Street
Miami, FL 33131
Email: jramirez@diazreus.com
*Counsel for Defendant, NLG, LLC*

Gian Ratnapala, Esq.
PEYTONBOLIN, PL
3343 W. Commercial Blvd., Suite 100
Fort Lauderdale, FL 33309
Email: gian@peytonbolin.com
Email: bankforeclosure@peytonbolin.com
*Counsel for Defendant, Fisher Island Community Association, Inc.*

Jonathan Goldstein, Esq.
HABER SLADE, P.A.
201 S Biscaynne Blvd, Suite 1205
Miami, FL 33131
Email: jgoldstein@dhaberlaw.com
Email: dbhpaservice@dhaberlaw.com
*Counsel for Defendant, Valencia Estates Homeowners' Association, Inc.*

Robert Lithman, Esq.
ROBERT P. LITHMAN, P.A.
7117th Ave S
Lake Worth, FL 33460
Email: rpl@lithmanlaw.com

cc: Jeremy Evans, Esq.
AARONSON SCHANTZ BEILEY, P.A.
100 SE 2nd Street, 27th Floor
Miami, FL 33131
Email: gaaronson@aspalaw.com
Email: jevans@aspalaw.com
Email: jrodriguez@aspalaw.com

NLG, LLC
c/o First State Corporate Service, Inc.
111B South Governers Ave,
Dover, DE 19904
***Via U.S. Mail***

Western National Life Insurance Company
f/k/a AIG Annuity Insurance Company
c/o Chief Financial Officer
200 East Gaines Street, Tallahassee, FL 32399
***Via U.S. Mail***

NLG, LLC
c/o A Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901
***Via U.S. Mail***

6913 Valencia, LLC
c/o Michael W. Simon, R.A.,
3839 NW Boca Raton Blvd, 100
Boca Raton, FL 33431
***Via U.S. Mail***

Elizabth Hazan
6913 Valencia Drive
Miami Beach, FL 33109
***Via U.S. Mail***

Joel M. Aresty, Esq.
Joel M. Aresty, P.A.
309 1st Avenue S.
Tierra Verde, FL 33715
aresty@mac.com

*s/ Aaron Brownell*
Aaron Brownell, Esq.

# EXHIBIT A

Filing # 69650475 E-Filed 03/22/2018 10:57:08 AM

f#: 11-238739

## RETURN OF SERVICE

IN THE CIRCUIT COURT OF DADE COUNTY, FLORIDA

PLAINTIFF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST BY PURCHASE FROM THE FDIC AS RECEIVER OF WASHINGTON MUTUAL BANK F/K/A WASHINGTON MUTUAL BANK, FA.; et seq.

vs.

DEFENDANT ELIZABETH HAZAN A/K/A LIZA HAZAN, ET AL,

DEFENDANT TO BE SERVED: **ELIZABETH HAZAN A/K/A LIZA HAZAN**

CASE NO 13-2013-CA-025902 TYPE OF PROCESS: LIS PENDENS, PLURIES SUMMONS & COMPLAINT

DIVISION 21 OTHER

I received this process on the **01/31/2018** at **9:00AM**

I (x) served ( ) non-served the Defendant identified above as described below.

ON DATE/TIME: **3/9/2018 2:53:00 PM** AT ADDRESS WHERE SERVED (OR ATTEMPTED) **301 NORTH MIAMI AVE MIAMI, FL 33128**

(x) INDIVIDUAL SERVICE: By delivering to the within named defendant a true copy of this process with the date and hour of service endorsed by me, and, at the same time I delivered to the within named defendant a copy of the complaint.

**Description of Person Accepting Service:**

| Sex: | Age: | Race: | Height: | Weight: | Hair |
|---|---|---|---|---|---|
| FEMALE | 41-45 | WHITE | 5ft 4in - 5ft 7in | 151 lbs - 170 lbs | Blonde |

| | | | | |
|---|---|---|---|---|
| (x) Military Status: | ( ) Refused | (x) No | ( ) Yes | Branch: |
| (x) Marital Status: | ( ) Refused | ( ) Not married | (x) Married | ( ) Married, but separated |
| (x) Mobile Home | ( ) Yes/VIN Not Visible | (x) No | ( ) Yes | Vin: |

COMMENTS:

**ELIZABETH SERVED PERSONALLY IN PARKING LOT ACROSS THE STREET FROM 301 S MIAMI AVE MIAMI FLORIDA. AT THE TIME OF SERVICE 3 WITNESSES WERE PRESENT, BK ATTORNEY LANGLEY, AND 2 OFFICERS FROM CITY OF MIAMI PD, OFFICER ST FLEIUR AND OFFICER MISHOD. DEFENDANT RESIDES AT 6913 VALENCIA DRIVE FISHER ISLAND, FL 33109**

I hereby certify that I am over the age of 18, I am not a party to this action and have no interest in the process being served, and I am a Certified Process Server or Special Process Server in good standing in the judicial circuit/county in which the process was served, and/or am otherwise duly authorized to have served process in the jurisdiction where process was served.

**"Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true." F.S. 92.525**

X____________________

Server Signature / ProVest Case Id# 4877571

LAZARO LOPEZ

Process Server ID / Title (if applicable): Certified Process Server 969

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
OF FLORIDA, IN AND FOR MIAMI-DADE COUNTY

JPMorgan Chase Bank, National Association, successor in interest by purchase from the FDIC as Receiver of Washington Mutual Bank F/K/A Washington Mutual Bank, FA

Plaintiff,

v.

Elizabeth Hazan a/k/a Liza Hazan; et al.

Defendant(s).

Case #: 2013-CA-025902
DIVISION: 21

**CIVIL ACTION PLURIES SUMMONS**
IMPORTANTE (En Español Al Dorso)
IMPORTANT (Francais Au Verse)

TO THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint, and Certification of Note Possession in this lawsuit on the following named Defendant(s):

ELIZABETH HAZAN A/K/A LIZA HAZAN

By Serving: ELIZABETH HAZAN A/K/A LIZA HAZAN
6913 VALENCIA DRIVE
FISHER ISLAND, FL 33109

DATED ON MAY 03 2017, 2017

YES___NO___MILITARY
YES___NO___MARRIAGE
YES___NO___MOBILE HOME
PROVEST, LLC

Shapiro, Fishman & Gaché, LLP
Attorneys for Plaintiff
2424 North Federal Highway, Ste 360
Boca Raton, Florida 33431
(561) 998-6700
SFG # 11-238739
SFGBocaService@logs.com

Harvey Ruvin
AS CLERK OF THE COURT

By:________________
Deputy Clerk

CIRCUIT AND COUNTY COURTS
CLERK
IN GOD WE TRUST
MIAMI-DADE COUNTY, FLORIDA

# EXHIBIT C

Filing # 80429402 E-Filed 11/06/2018 07:16:21 PM

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

JPMORGAN CHASE BANK, N.A.
Plaintiff,

v. CASE NO.: 2013-025902-CA-01

ELIZABETH HAZAN, et al.
Defendant(s).
_____________________________________/

**NOTICE OF LIMITED APPEARANCE TO CHALLENGE IN PERSONAM JURISDICTION**

PLEASE TAKE NOTICE that the law firm of JOHN PAUL ARCIA, PA., whose address is 175 SW 7 Street, Suite 2000, Miami, Florida 33130, hereby files, this Notice of Limited Appearance to Challenge In Personam Jurisdiction on behalf of DEFENDANT ELIZABETH HAZAN in the within cause, and requests that any and all pleadings filed herein be served upon the undersigned attorneys.

I HEREBY CERTIFY that a true copy of the foregoing Notice of Limited Appearance was furnished this 6th day of November, 2018, to all parties on the attached Certificate of Service.

Respectfully submitted,

JOHN PAUL ARCIA, P.A.
175 SW 7th Street, Suite 2000
Miami, Florida 33130
786-429-0410/786-429-0411 (fax)
service@arcialaw.com

By: ***/s/ John Paul Arcia***
John Paul Arcia, Esq.
Florida Bar No. 73723

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by email only to those person(s) with an e-mail address listed in this service list, and by first class U.S. Mail only to all person(s) on this service list, if any, for whom no email address is listed this 6th day of November, 2018:

Shapiro, Fishman & Gache, LLP
Robin Reyes, Esq.
Lara Diskin, Esq.
Jennifer Kopf, Esq.
*Attorney for Plaintiff*
2424 N Federal Hwy., Suite 360
Boca Raton, FL, 33431
SFGBocaService@logs.com
roreyes@logs.com
jkopf@logs.com
ldiskin@logs.com

Leon Cosgrove, LLP
Laurie U. Mathews, Esq.
Aaron Brownell, Esq.
*Co-Counsel for Plaintiff*
255 Alhambra Circle, Suite 800
Coral Gables, FL 33134
lmathews@leoncosgrove.com
abrownell@leoncosgrove.com
cmanzano@leoncosgrove.com
jgomez@leoncosgrove.com

ADR, Miami, LLC
Juan Ramirez, Jr., Esq.
*Attorney for NLG, LLC*
1172 S. Dixie HWY, Suite 341
Coral Gables, FL 33146
jr@adrmiami.com

PeytonBolin, PL
Michael Mayer, Esq.
*Attorney for Fisher Island Community Association, Inc.*
3343 W Commercial Blvd., Suite 100
Ft. Lauderdale, FL 33309
michael@peytonbolin.com
bankforeclosure@peytonbolin.com

David B. Haber, P.A.
Jonathan S. Goldstein, Esq.
*Attorney for Valencia Estates Homeowners' Association, Inc.*
201 S. Biscayne Blvd., Suite 1205
Miami, FL 33131
jgoldstein@dhaberlaw.com
dbhpaservice@dhaberlaw.com

Law Offices of David W. Langley
David W. Langley, Esq.
*Co-Counsel for Elizabeth Hazan*
8551 W. Sunrise Blvd., Suite 303
Plantation, FL 33322
dave@flalawyer.com

Joel M. Aresty, P.A.
Joel M. Aresty, Esq.
*Co-Counsel for Elizabeth Hazan*
309 1st Avenue S.
Tierra Verde, FL 33715
aresty@mac.com

6913 Valencia, LLC
c/o Michael W. Simon, RA.
3839 NW Boca Raton Blvd., 100
Boca, Raton, FL 33431

Western National Life Insurance Company
F/K/A AIG Annuity Insurance Company
c/o Chief Financial Officer
200 E. Gaines Street
Tallahassee, FL 32399

By: ***/s/ John Paul Arcia***
John Paul Arcia, Esq. / FL Bar No. 73723

# EXHIBIT D

MARSHALL SOCARRAS GRANT P.L.
Uncommon Perspective

Joe M. Grant, Esq.
jgrant@msglaw.com

August 18, 2017

**VIA FEDEX**

The Honorable A. Jay Cristol
United States Bankruptcy Court
301 North Miami Avenue, Room 717
Miami, Florida 33128

***Re:*** ***Liza Hazan and Selective Advisors Group, LLC v. NLG, LLC***
United States Bankruptcy Court, Southern District of Florida
Adversary Case No. 16-01439-AJC

Dear Judge Cristol:

Pursuant to Your Honor's request at the Trial held on July 13, 2017, please see the enclosed Plaintiffs' compilation of relevant cases, along with copies of important decisions rendered in those cases.

Please let us know if Your Honor has any quesitons. Thank you for your consideration.

Regards,

JOE M. GRANT
For the Firm

JMG/jmm
Enclosures

cc: David W. Langley, Esquire (w/enc.)
Astrid Gabbe, Esquire (w/enc.)

**PLAINTIFF'S APPENDIX**

**1. In The Circuit Court Of The Eleven Judicial Circuit In and For Miami-Dade Case 07-19532 CA 11 Titled NLG, LLC v. Elizabeth Hazan filed June 2007: SCOLA JUDGMENT ENTERED ON APRIL 28, 2008 FINAL SINCE NOVEMBER 2008 AND SATISFIED ON AUGUST 20, 2014.**

Elizabeth Hazan ("Hazan") signed a promissory note in favor of NLG, LLC ("NLG") in the amount of $1,275,000 secured by a mortgage recorded on April 2007 on her residence in Fisher Island located at 6913 Valencia Drive Fisher Island FL 33109.

NLG sued on the promissory note only in 2007 case number 07-19532 CA 11 Judge Robert Scola entered a final judgment on the promissory note ("the Scola Judgment") on April 28, 2008 in the amount of $1,618,071.29 with 11% interest rate per annum.

Judge Barbara Areces, Judge Spencer Eig and Judge Monica Gordo presiding Judges of the case in The Circuit Court Of The Eleven Judicial Circuit In and For Miami-Dade Case 07-19532 CA 11 Titled NLG, LLC v. Elizabeth Hazan filed June 2007.

On May 2008, Hazan filed an appeal of the Scola Judgment in the Third District Of Appeals case number 3D08-1402. The Scola Judgment has been final since November 2008 and satisfied of record on August 20, 2014 by Selective Advisors Group, LLC ("Selective") pursuant to the Lopez Order of Assignment. EXHIBIT A.

**2. In The Circuit Court Of The Eleven Judicial Circuit In and For Miami-Dade Case 11-42770 CA 11 Titled NLG, LLC v. Elizabeth Hazan filed December 2011: NLG's foreclosure action. NLG's Mortgage assigned to Selective Advisors Group, LLC pursuant to the Judge Lopez's Order of Assignment entered on August 20, 2014 and satisfied of record.**

On December 2011, NLG filed a new action In The Circuit Court Of The Eleven Judicial Circuit In and For Miami-Dade Case 11-42770 CA 11, attempting to foreclose on the mortgage on the Fisher Island property while holding an unsatisfied final Scola judgment against Hazan which was affirmed since November 2008 by the Third District Court of Appeal.

Judge Spencer Eig ruled in favor of Hazan on February 2013 and denies NLG's foreclosure action ("Judge Eig ruling").

Judge Eig ruled that NLG made an election of remedies by first suing Hazan on the promissory note in 2007 therefore was limited to the Scola Judgment and was barred from foreclosing on Hazan's homestead property.

On March 2013, NLG filed an Appeal of the Eig decision in the Third District of Appeal case 3D13-684.

On August 21, 2014 NLG's Mortgage on Hazan's Fisher Island property was assigned to and satisfied by Selective pursuant to the Judge Lopez's Order of Assignment entered on August 20, 2014 assigning the Scola Judgment, the Note, NLG's Mortgage to Selective, and all NLG's rights, claims and benefits to Selective.

On September 3, 2014 unaware of the Lopez's Order of Assignment entered on August 20, 2014 and the satisfaction of the Scola Judgment on August 20, 2014 and the NLG's Mortgage filed on August 21, 2014 by Selective, the Third DCA reversed Judge Eig's ruling and ordered that the foreclosure can proceed also confirming in the opinion that the Scola Judgment was previously affirmed by the Third DCA.

Judge Monica Gordo entered a judgment of foreclosure on December 5, 2015 against Hazan and subsequently granted Hazan's Motion for rehearing as to the awarded attorney's fees on January 6, 2016. EXHIBIT B.

**3. Domestication of the Scola Judgment in New York Supreme Court Cases Index number 108020/2008 ;**

NLG domesticates the Scola judgment in New York in 2008. Judge Paul Feinman vacates NLG's domestication of the Scola judgment in New York in July 2009.

Judge Barbara Jaffee denies NLG's motion to seek an extension to domesticate again the Scola judgment in New York on August 29, 2013 refers to Judge Scola's previous ruling calling NLG's conduct towards Hazan unconscionable. EXHIBIT C

DOMESTICATION OF THE SCOLA JUDGMENT IN NEW YORK VACATED IN JULY 2009 BY JUDGE FEINMAN AND RULING AGAIN CONFIRMED IN AUGUST 2013 BY NEW YORK SUPREME COURT JUSTICE JAFFEE. NLG NEVER APPEALED JUDGE FEINMAN AND JUDGE JAFFEE DECISIONS

**4. Domestication of the Scola Judgment in New York Supreme Court Cases Index 101288/2013; previously Titled NLG, LLC vs Elizabeth Hazan now titled Selective Advisors Group, LLC v. Elizabeth Hazan. Presiding Judge Barbara Jaffee: Judge Jaffee recognizes the Judge Lopez Order of Assignment, the Florida satisfaction of the Scola Judgment, ordered that Selective replaces NLG as the caption plaintiff and ordered the New York County Clerk to strike all NLG's judgment filed of record.**

While the appeal of the Judge Eig's ruling is pending in the Third Dca, NLG waiting for a decision whether they can foreclose on Hazan's Fisher Island property while holding a final unsatisfied Scola Judgment, NLG files a new action in New York Supreme Court case index number 101288/2013 before Judge Jaffee attempting to domesticate the Scola judgment once again. NLG's alleged manager Chris Kosachuk files an affidavit attaching an exemplified copy of the Scola Judgment dated September

2013. Chris Kosachuk, manager for NLG states in his affidavit that the Scola judgment is final and unsatisfied final since 2008 and that NLG has the right to execute on the Scola judgment in New York.

Hazan files an Order to show cause to vacate the new domestication of the Scola judgment in New York.

Judge Jaffee disagrees and denies Hazan's OSC on January 15, 2014 and rules that NLG' Scola Judgment is valid now in New York while the appeal of Judge Eig's ruling is still pending and ongoing in the Florida Third District of appeals.

Hazan files a new OSC to vacate the Scola Judgment domesticated in New york Supreme Court after the entry of the Lopez's Order of Assignment on August 20, 2014 and after the Scola judgment was satisfied by Selective also on August 20, 2014.

On October 30, 2014 Judge Jaffee recognizes Lopez's Order of Assignment dated August 20, 2014 and the Florida satisfaction of the Scola Judgment, orders the New york County Clerk to remove NLG as the caption plaintiff and replace NLG by Selective and to strike of all NLG's judgments of record against Elizabeth Hazan. EXHIBIT D.

NLG NEVER APPEALED JUDGE JAFFEE DECISION

4. **NLG, LLC lawsuit against Elizabeth Hazan and other parties Index 150630/2014; Titled NLG, LLC vs Elizabeth Hazan now titled Selective Advisors Group, LLC v. Elizabeth Hazan New York Supreme Court Index number 150630/2014 Judge Barbara Jaffee:**

Judge Barbara Jaffee 150630/2014

While the appeal of Judge Eig ruling was pending, on January 2014 NLG filed a new action in New York suing Hazan for fraudulent transfer of the New York condominium located at 1 East 62nd Street Apt 1A New York, New York. 10065.

While the appeal of Judge Eig's ruling was pending, NLG's actions confirm that the Scola Judgment was final, unsatisfied and was not on appeal in case 3D13-684, in total contradiction of NLG and its counsel's misrepresentations before this court at trial and before Judge Gordo. In fact the Third Dca's opinion dated September 3, 2014 confirms that the Scola Judgment was previously affirmed by this Court.

Judge Jaffee grants Hazan's Motion to dismiss case index150630/2014 given the satisfaction of the Scola judgment filed by Selective in New York Supreme Court. EXHIBIT E.

NLG NEVER APPEALED JUDGE JAFFEE DECISION.

**5. SELECTIVE ADVISORS GROUP, LLC vs. NLG, LLC New York Judgment against NLG, LLC Index 1010875/2012; Titled SELECTIVE ADVISORS GROUP, LLC vs NLG, LLC New York Supreme Court Index number 101875/2012 Judge Shlomo Hagler**

Judge Shlomo Hagler Index 1010875/2012

Judgment entered against NLG, LLC in New York Supreme Court on February 2012.

NLG filed a Motion to vacate Selective's Judgment in 2014.

Judge Hagler denied NLG's Motion to vacate on June 6, 2014 and marked final disposition

NLG filed a new Motion on November 2015 to vacate Selective's judgment against it in New York Supreme Court before Judge Hagler.

Judge Hagler denied NLG's Motion to vacate judgment on December 21, 2015 post Gordo ruling. EXHIBIT F.

ALL NLG'S MOTIONS TO VACATE SELECTIVE'S JUDGMENT HAVE BEEN DENIED AND FINAL. NLG NEVER APPEALED ANY OF JUDGE HAGLER'S FINAL DECISIONS.

**6. In The Circuit Court Of The Eleven Judicial Circuit In and For Miami-Dade Case SELECTIVE ADVISORS GROUP, LLC v. NLG, LLC. Judge Peter Lopez Miami Dade Case number 14-10475 CA 10**

Judge Peter Lopez Miami Dade Case number 14-10475 CA 10.

Judge Lopez assigned on August 20, 2014 the Scola Judgment against Hazan and NLG's Mortgage, and all NLG, LLC's s rights, claims and benefits held by NLG, LLC against Elizabeth Hazan to Selective Advisors Group, LLC.

On August 20, 2014 Selective Advisors Group, LLC satisfied the Scola judgment entered on the promissory note and satisfied the mortgage on the Hazan's homestead residence located at 6913 Valencia Drive Fisher Island FL 33109 securing the promissory note that became a final judgment (the Scola Judgment) on August 21, 2014.

NLG moved for rehearing of the Lopez order of assignment on august 29, 2014 and on September 5, 2014 after the third District of Appeal opinion reversed Judge Eig ruling. Judge Lopez denied both NLG's motions on September 16, 2014 post third District of Appeal's opinion reversing Judge Eig Decision.

NLG filed a new motion to rescind the assignment of the Scola judgment against Elizabeth Hazan on October 26, 2015 and that Motion was also denied on November 16, 2015. .EXHIBIT G.

ALL NLG'S MOTIONS TO VACATE SELECTIVE'S JUDGMENT AND VACATE OR RECONSIDER JUDGE LOPEZ ORDER OF ASSIGNMENT HAVE ALL BEEN DENIED AND FINAL. NLG NEVER APPEALED ANY OF JUDGE LOPEZ'S FINAL DECISIONS.

**7. UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK JUDGE MCMAHON. SELECTIVE ADVISORS GROUP, LLC JUDGMENT AGAINST NLG, LLC CASE # 16Civ.695(CM)(JCF) NOTICE REMOVAL OF CASE FROM NEW YORK SUPREME COURT JUDGE HAGLER INDEX # 101875-2012 AND REMAND ORDER DATED JULY 20, 2016**

NLG removed the case before Judge Hagler in New York Supreme Court and moved it to US Southern District of New york on January 2016.

Chief Judge District Court Judge Colleen McMahon remanded the case to New York Supreme Court Judge Hagler and Denied all NLG's relief attempting to reargue Judge Hagler's final decisions and denied all NLG's Motions to vacate Selective's judgment on July 2016 and rejected all NLG's arguments of fraud. EXHIBIT H.

NLG NEVER APPEALED JUDGE MCMAHON FINAL ORDER DATED JULY 2016.

# EXHIBIT E

Filing # 162187652 E-Filed 12/01/2022 12:51:53 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.: 2022-005424-CA-01

VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC., a Florida not-for-profit corporation,

Plaintiff,

vs.

ELIZABETH HAZAN, et al.,

Defendants.

_______________________________________/

**NOTICE OF FILING E-MAIL COMMUNICATIONS WITH COURT**

Plaintiff, VALENCIA ESTATES HOMEOWNERS ASSOCIATION, INC., by and through the undersigned counsel, hereby gives notice of filing e-mail communications exchanged by the parties with the Court between October 10 and October 21, 2022, copies of which are attached hereto as Exhibit "A". These e-mail communications are being filed so that the record and online docket are complete in regard to the parties' communications with the Court.

[CERTIFICATE OF SERVICE TO FOLLOW]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of December, 2022, I electronically filed the foregoing with the Miami-Dade County Clerk of Court and by automatic emails generated through the E-Filing Portal System, served the foregoing document on the following parties: Elizabeth Hazan, elizabeth9246qc@gamil.com; Sean Meehan, seannmeehan@gamil.com; and 6913 Valencia LLC c/o Joel Aresty, aresty@icloud.com, aresty@mac.com.

Respectfully submitted,

**HABER LAW, P.A.**
*Counsel for Plaintiff*
251 NW 23rd Street
Miami, FL 33127
Telephone No.: (305) 379-2400
Facsimile No.: (305) 379-1106
service@haber.law

By: *\/s/ Rebecca N. Casamayor*
**REBECCA N. CASAMAYOR, ESQ.**
Florida Bar No.: 99070
rcasamayor@haber.law
jfelipe@haber.law
AMANDA GONZALEZ, ESQ.
Florida Bar No.: 1031412
agonzalez@haber.law

Exhibit "A"

**From:** Rebecca Newman Casamayor
**To:** elizabeth hazan
**Cc:** Sean Meehan; dbonini@jud11.flcourts.org; Joel Aresty; Amanda Gonzalez; Jessica Felipe; David B. Haber
**Subject:** RE: Hearing October 12, 2022 at 9:30 am Case Number: 2022-005424-CA-01 Style: VALENCIA ESTATES HOMEOWNERS" ASSOCIATION, INC. vs ELIZABETH HAZAN et al
**Date:** Monday, October 10, 2022 2:44:36 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png

Ms. Hazan,

Once again, these e-mails to the Court's Judicial Assistant are highly inappropriate. Further, as I have informed you on numerous occasions, your baseless and frankly defamatory statements against me personally and/or against our law firm are once again rejected and denied. This is a simple lien foreclosure case for unpaid homeowners' association assessments. No one is "harassing" you, nor has anyone from my office ever "harassed" you.

Thank you,

HABER LAW

**REBECCA NEWMAN CASAMAYOR** | Partner
251 NW 23 Street Miami, FL 33127
T: 305.379.2400 F: 305.379.1106
**RCASAMAYOR@HABER.LAW** | **WWW.HABER.LAW**

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

**From:** elizabeth hazan <elizabethhazan07@gmail.com>
**Sent:** Monday, October 10, 2022 10:35 AM
**To:** Rebecca Newman Casamayor <RCasamayor@haber.law>
**Cc:** Sean Meehan <seannmeehan@gmail.com>; dbonini@jud11.flcourts.org; Joel Aresty <aresty@mac.com>; Amanda Gonzalez <agonzalez@haber.law>; Jessica Felipe <jfelipe@haber.law>
**Subject:** Re: Hearing October 12, 2022 at 9:30 am Case Number: 2022-005424-CA-01 Style: VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC. vs ELIZABETH HAZAN et al

Rebecca:

You should know better that the Court has no jurisdiction over any defendant at this time and we don't need lessons from you.

You are the one who has committed perjury by filing a false judgment lien against me.

Also you had 120 days to serve the summons and complaint which you failed to do so I suggest you move to dismiss the complaint asap or we will file a motion to dismiss the complaint pursuant to the rules.

Your goal is to perpetually harass me and have your client incur attorney fees. Again please provide dates for your deposition, and Mercy Rodruguez and the process server's depositions before our hearing on the motion to quash on special set.

Govern yourselves accordingly.

Elizabeth Hazan

On Mon, Oct 10, 2022 at 10:27 AM Rebecca Newman Casamayor <RCasamayor@haber.law> wrote:

> Ms. Hazan and Mr. Meehan,
>
> The Court does not "have" to do anything you demand via e-mail. If you want to request something from the Court, then file a Motion and set it for hearing. I am confident that your attorney, Mr. Aresty, is very familiar with the Rules of Civil Procedure. These e-mail exchanges with Ms. Bonini copied are highly inappropriate and not the proper forum.
>
> Respectfully,

HABER LAW

**REBECCA NEWMAN CASAMAYOR** | Partner
251 NW 23 Street Miami, FL 33127
T: 305.379.2400 F: 305.379.1106
RCASAMAYOR@HABER.LAW | WWW.HABER.LAW

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

---

**From:** Sean Meehan <seannmeehan@gmail.com>
**Sent:** Monday, October 10, 2022 10:07 AM
**To:** Rebecca Newman Casamayor <RCasamayor@haber.law>
**Cc:** elizabeth hazan <elizabethhazan07@gmail.com>; dbonini@jud11.flcourts.org; Joel Aresty <aresty@mac.com>; Amanda Gonzalez <agonzalez@haber.law>; Jessica Felipe <jfelipe@haber.law>
**Subject:** Re: Hearing October 12, 2022 at 9:30 am Case Number: 2022-005424-CA-01 Style: VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC. vs ELIZABETH HAZAN et al

Rebecca

As you are well aware you have failed to serve the defendants and the court has no jurisdiction over any defendant and the court will have to cancel the hearing that you have asked the court to unilaterally ask to schedule when you have failed to serve all 3 defendants.

There is no special set hearing date available until January 2023. We have already checked the judge's calendar and called the court several times.

Also please provide dates for your deposition and dates for the process server and Mercy Rodriguez to be deposed.

Discovery has to be completed before the hearing on our motion to quash service takes place.

Elizabeth Hazan

Sent from my iPhone

> On Oct 10, 2022, at 9:56 AM, Rebecca Newman Casamayor <RCasamayor@haber.law> wrote:
>
> Good morning,
>
> Plaintiff does not agree to cancel the hearing on Plaintiff's Motion for Status Conference, nor does Plaintiff agree to wait until January 2023 for a hearing on Defendants' Motion to Quash. The reason we have had to file a Motion for Status Conference in the first place is because Defendants refuse to coordinate a reasonable hearing date on their Motions to Quash which were filed nearly five months ago in May 2022. The Court clearly has jurisdiction to hear Plaintiff's Motion for Status Conference, and if the Defendants choose not to attend for whatever reason, then that is their choice.
>
> Courtesy copies of the Motion for Status Conference and Notice of Hearing on same were previously uploaded to CourtMap and are also attached to this e-mail for your ease of reference. Should the Court need any further information or documentation, please let us know and we will be happy to provide it.
>
> Thank you,

HABER LAW

**REBECCA NEWMAN CASAMAYOR** | Partner
251 NW 23 Street Miami, FL 33127
T: 305.379.2400 F: 305.379.1106
**RCASAMAYOR@HABER.LAW** | **WWW.HABER.LAW**

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

---

**From:** elizabeth hazan <elizabethhazan07@gmail.com>
**Sent:** Monday, October 10, 2022 9:28 AM
**To:** dbonini@jud11.flcourts.org
**Cc:** Joel Aresty <aresty@mac.com>; Sean Meehan <seannmeehan@gmail.com>; Rebecca Newman Casamayor

<RCasamayor@haber.law>
**Subject:** Hearing October 12, 2022 at 9:30 am Case Number: 2022-005424-CA-01 Style: VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC. vs ELIZABETH HAZAN et al

Dear Dani:

I spoke with Mike the Bailiff of the Honorable judge Vivianne Del Rio seeking to cancel the hearing that was set on Plaintiff's Motion for Status conference.

As I explained to Mike, the court has no jurisdiction over the defendants as we are never served with Plaintiff' summons and complaint and all three defendants Elizabeth Hazan, Sean Neil Meehan and 6913 Valencia LLC have moved to quash the alleged service.

Please kindly provide me with dates in January 2023 for a special set for evidentiary hearing for our three motions to quash service. We are requiring at least half a day to a full day for our special set hearing on our motion to Quash service.

I tried calling you but my understanding is that you have been away working from home due to personal reasons.

Please confirm that you are cancelling the hearing set for October 12, 2022 as we will not appear and the Court has no jurisdiction over any of the defendants Elizabeth Hazan, Sean Neil Meehan and 6913 Valencia LLC.

I can be reached at 2129206605. Thank you.

---

**From:** noreply <noreply@jud11.flcourts.org>

**Subject: COURT EVENT HEARING REMINDER: 2022-005424-CA-01**

**Date:** October 10, 2022 at 5:55:22 AM EDT

**To:** Undisclosed recipients:;

This is a system generated email. Please do not reply to this message.

**Your case is scheduled for the following:**

Category: Motion Calendar
Scheduled Date and Time: Oct 12 2022 9:30AM
Judge Name: Vivianne Del Rio (CA05)
Case Number: 2022-005424-CA-01
Style: VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC. vs ELIZABETH HAZAN et al
Motion: Plaintiff's Motion for Status Conference
Scheduler: Casamayor, Rebecca Newman
Created Date: Sep 22 2022

Zoom Meeting ID: 95789030274
Zoom Join Url: https://zoom.us/j/95789030274

**Reminder:**

All courtesy copies and supporting documents are due now.

You must follow meet and confer requirements.

Check notice of hearing for location.

If this matter resolves or you wish to cancel, follow instructions in judge's webpage. This hearing rema
until cancelled.

The 11th Judicial Circuit serves the citizens of Miami - Dade County Florida.The information transmitted is inter
for the person or entity to which it is addressed and may contain confidential and / or privileged material.Any rev
retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by perso
entities other than the intended recipient is prohibited.If you received this in error, please contact the sender an
the material from any computer.

Best regards,

Elizabeth Hazan

**From:** Sean Meehan
**To:** Rebecca Newman Casamayor
**Cc:** Bonini, Danila; ARESTY@mac.com; elizabeth hazan; Jessica Felipe; David B. Haber
**Subject:** Re: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01
**Date:** Wednesday, October 19, 2022 4:31:24 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image001.png
image002.png
image003.png
image004.png
image005.png
image001.png
image002.png
image003.png
image004.png
image005.png
image001.png
image002.png
image003.png
image004.png
image005.png
image001.png
image002.png
image003.png
image004.png
image005.png
image006.png

---

Rebecca

Who are you to decide when our motion to quash should be heard and how much time all 3 defendants sean Neil Meehan, 6913 Valencia LLC and Elizabeth Hazan need for their motion to quash to be heard? This is our motion not yours. We have already requested a half to a full day for our hearing.

Don't you have other matters to attend to? This is ridiculous. This is non stop harassment. I already told you that you should withdraw from representing The Association and to stop slandering my name and defaming my character.

Mr Aresty is not available and Sean Meehan is not available either. They will get back to Dani momentarily.

And first of all we need to conduct discovery. We have repeatedly asked that you provide dates for the process server, the property manager and your deposition but you have failed to respond. If you refuse to be deposed and agree that the process server be deposed then we will issue subpoenas. So let us know what's your position.

Until that is concluded our motion to quash service can not be heard. We are entitled to conduct discovery to prove that we were never served.

Mr Aresty, Mr Meehan and I will be in go in touch with the Judge's Assistant.

Elizabeth Hazan

Sent from my iPhone

On Oct 19, 2022, at 4:16 PM, Rebecca Newman Casamayor <RCasamayor@haber.law> wrote:

Ms. Bonini, since we have received no response from any of the Defendants to the below e-mail, we respectfully request that the Court provide potential hearing dates according to the Judge's determination on how much time is needed for this hearing.

Thank you,

HABER LAW

**REBECCA NEWMAN CASAMAYOR** | Partner

251 NW 23 Street Miami, FL 33127

T: 305.379.2400 F: 305.379.1106

**RCASAMAYOR@HABER.LAW** | **WWW.HABER.LAW**

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

**From:** Rebecca Newman Casamayor
**Sent:** Tuesday, October 18, 2022 4:13 PM
**To:** 'Bonini, Danila' <dbonini@jud11.flcourts.org>; aresty@mac.com; Sean Meehan <seannmeehan@gmail.com>; elizabeth hazan <elizabethhazan07@gmail.com>
**Cc:** Jessica Felipe <jfelipe@haber.law>; David B. Haber <DHaber@haber.law>
**Subject:** RE: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01

Plaintiff's counsel is available now and can be available by phone any time tomorrow after 1030am. Defendants and defense counsel, please advise when we can get on the phone together so that we can jointly call Ms. Bonini.

HABER LAW

**REBECCA NEWMAN CASAMAYOR** | Partner

251 NW 23 Street Miami, FL 33127

T: 305.379.2400 F: 305.379.1106

**RCASAMAYOR@HABER.LAW** | **WWW.HABER.LAW**

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

---

**From:** Bonini, Danila <dbonini@jud11.flcourts.org>
**Sent:** Tuesday, October 18, 2022 4:04 PM
**To:** Rebecca Newman Casamayor <RCasamayor@haber.law>; aresty@mac.com; Sean Meehan <seannmeehan@gmail.com>; elizabeth hazan <elizabethhazan07@gmail.com>
**Cc:** Jessica Felipe <jfelipe@haber.law>; David B. Haber <DHaber@haber.law>
**Subject:** RE: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01

Can all counsels make themselves available for a conference call to set hearing. I can be reached directly at 305-815-3988.

*Danila E. Bonini*

Judicial Assistant to Judge Vivianne del Rio
Dade County Courthouse

73 Flagler Street, Room 800
Miami, Florida 33130
Office: 305.349.7078
dbonini@jud11.flcourts.org

Circuit & CourtMAP link: www.jud11.flcourts.org

E-filing Portal link: https://www.myflcourtaccess.com/

Judge's website: https://www.jud11.flcourts.org/Judge-Details?judgeid=1133&sectionid=5

---

**From:** Rebecca Newman Casamayor <RCasamayor@haber.law>
**Sent:** Wednesday, October 12, 2022 2:35 PM
**To:** Bonini, Danila <dbonini@jud11.flcourts.org>; aresty@mac.com; Sean Meehan <seannmeehan@gmail.com>; elizabeth hazan <elizabethhazan07@gmail.com>
**Cc:** Jessica Felipe <jfelipe@haber.law>; David B. Haber <DHaber@haber.law>
**Subject:** RE: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Ms. Hazan and/or Mr. Meehan, please do not remove my email address from this email chain with the Court.

Ms. Bonini, since the parties cannot agree between a 15-30 minute hearing versus a half or whole day hearing, Plaintiff is asking the Court to determine how much time is necessary to hear the Defendants' 3 identical Motions to Quash Service of Process. We will wait to hear back from you at your earliest convenience.

Thank you, and my apologies for the incessant emails on what should be a simple scheduling matter.

HABER LAW

**REBECCA NEWMAN CASAMAYOR** | Partner
251 NW 23 Street Miami, FL 33127
T: 305.379.2400 F: 305.379.1106
**RCASAMAYOR@HABER.LAW** | **WWW.HABER.LAW**

---

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone

number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

---

**From:** Jessica Felipe <jfelipe@haber.law>
**Sent:** Wednesday, October 12, 2022 2:28 PM
**To:** Rebecca Newman Casamayor <RCasamayor@haber.law>
**Subject:** FW: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01

HABER LAW

**JESSICA FELIPE** | Paralegal
251 NW 23 Street Miami, FL 33127
T: 305.379.2400 F: 305.379.1106
**JFELIPE@HABER.LAW** | **WWW.HABER.LAW**

---

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

**From:** Sean Meehan <seannmeehan@gmail.com>
**Sent:** Wednesday, October 12, 2022 2:04 PM
**To:** dbonini@jud11.flcourts.org
**Cc:** JOEL ARESTY <aresty@mac.com>; Jessica Felipe <jfelipe@haber.law>; David B. Haber <DHaber@haber.law>; seanmeehan@gmail.com
**Subject:** Re: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01

The court can not determine how much time 3 defendants can have.

All 3 defendants are requiring to be heard and have their day in court and seek deposition of the process server prior to the hearing and conduct discovery on all witnesses involved including you and the property manager.

Whatever Ms Casamayor is trying to do here and not afford us due process will be appealed.

Please provide us dates for depositions for all 3 witnesses or we will issue subpoenas.

Best regards,

Elizabeth

On Oct 12, 2022, at 1:41 PM, Rebecca Newman Casamayor <RCasamayor@haber.law> wrote:

The Court said she would hear testimony of the process server, not 3-4 witnesses.

Ms. Bonini, as is par for the course here, the parties clearly cannot agree on the simplest of scheduling matters. Again, I would greatly appreciate if you could ask the Judge to determine the amount of time the Court feels is necessary for the hearing on Defendants' Motion to Quash, and then provide special set dates based on what the Judge decides.

HABER LAW

**REBECCA NEWMAN CASAMAYOR** | Partner
251 NW 23 Street Miami, FL 33127
T: 305.379.2400 F: 305.379.1106
**RCASAMAYOR@HABER.LAW** | **WWW.HABER.LAW**

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally

Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

---

**From:** JOEL ARESTY <aresty@mac.com>
**Sent:** Wednesday, October 12, 2022 1:39 PM
**To:** dbonini@jud11.flcourts.org
**Cc:** Rebecca Newman Casamayor <RCasamayor@haber.law>; elizabeth hazan <elizabethhazan07@gmail.com>; Jessica Felipe <jfelipe@haber.law>; Sean Meehan <seannmeehan@gmail.com>; David B. Haber <DHaber@haber.law>
**Subject:** Re: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01

Ms Bonini

The Judge said she would hear testimony
and there will be 3 or 4 witnesses

thanks
sincerely

Joel M. Aresty, Esq.
JOEL M. ARESTY, P.A.
Board Certified Business Bankruptcy Law
309 1st Ave S.
Tierra Verde, FL 33715
Fax 1-800-559-1870
Phone: (305) 904-1903

E mail: Aresty@icloud.com
web joelaresty.com

On Oct 12, 2022, at 1:35 PM, Rebecca Newman Casamayor <RCasamayor@haber.law> wrote:

Ms. Bonini, at no point did the Judge indicate that a half day or entire day would be appropriate or necessary for this hearing - - nor do I recall Ms. Hazan or her attorney even requesting that during the hearing since I would have strongly objected. I would greatly appreciate if you could clarify the amount of time the Judge believes is needed and provide special set dates accordingly.

Ms. Hazan, **I have not and would never attempt to mislead the Court. Ever. Stop your mudslinging at my character and reputation as an attorney. It has gone on for years in various Courts and it needs to stop.** I cannot give you deposition dates for the Property Manager or the process server because I do not represent them; as you well know, I represent the Plaintiff Association. In any case their depositions are wholly unnecessary for a basic Motion to Quash Service. Trying to depose me as Plaintiff's counsel is also wholly unnecessary and obviously inappropriate, and frankly yet another transparent attempt by Defendants to try to harass and intimidate me, along with their constant defamatory statements. As the Judge clearly directed Mr. Aresty at the hearing, if Defendants feel it is necessary to take non-party depositions in connection with the Motion to Quash, then they need to follow the Rules of Civil Procedure governing non-party discovery, and we will then file our objections and/or Motions for Protective Order accordingly.

Thank you,

**REBECCA NEWMAN CASAMAYOR** | Partner

251 NW 23 Street Miami, FL 33127

T: 305.379.2400 F: 305.379.1106

RCASAMAYOR@HABER.LAW | WWW.HABER.LAW

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

---

**From:** elizabeth hazan <elizabethhazan07@gmail.com>
**Sent:** Wednesday, October 12, 2022 1:06 PM
**To:** dbonini@jud11.flcourts.org
**Cc:** dbonini@jud11.flcourts.org; Jessica Felipe <jfelipe@haber.law>; Joel Aresty <aresty@mac.com>; Rebecca Newman Casamayor <RCasamayor@haber.law>; Sean Meehan <seannmeehan@gmail.com>
**Subject:** Re: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01

Ms Bonini:

This is the 3 defendants' 6913 Valencia LLC, Sean Meehan and Elizabeth Hazan's Motions to Quash and we specifically stated on the record today that we need half day to an

entire day.

Rebecca is trying once again to mislead you as 15 to 30 minutes is not enough.

Please provide us with a minimum of half day to a full day special set hearing.

Again Rebecca please provide dates for your deposition, the process server deposition and Property manager's deposition. Thanks.

Best regards,

Elizabeth Hazan

Sent from my iPhone

> On Oct 12, 2022, at 11:47 AM, Rebecca Newman Casamayor <RCasamayor@haber.law> wrote:
>
> Ms. Bonini,
>
> Our law firm represents the Plaintiff in the matter of *Valencia Estates Homeowners' Association v. Elizabeth Hazan, et al.,* Case No. 2022-005424-CA-01. At this morning's status conference hearing on this case, the Judge asked the parties to e-mail you for dates for a hearing on Defendants' Motion to Quash Service. Please let us know the Court's soonest availability for either a 15 or 30 minute special set hearing.
>
> Thank you,
>
> **REBECCA NEWMAN CASAMAYOR** | Partner
> 251 NW 23 Street Miami, FL 33127
> T: 305.379.2400 F: 305.379.1106
> **RCASAMAYOR@HABER.LAW** | **WWW.HABER.LAW**
>
> NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be

Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

**From:** JOEL ARESTY
**To:** dbonini@jud11.flcourts.org
**Cc:** Rebecca Newman Casamayor; Jessica Felipe; elizabeth hazan; Sean Meehan
**Subject:** Re: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01
**Date:** Wednesday, October 12, 2022 1:34:13 PM
**Attachments:** abc logo.png

---

Ms Bonini:

This is the 3 defendants' 6913 Valencia LLC, Sean Meehan and Elizabeth Hazan's Motions to Quash and we specifically stated on the record today that we need half day to an entire day.

15 to 30 minutes as suggested by Plaintiff's counsel is not enough.

Please kindly provide us with a minimum of half day to a full day special set hearing.

Again Rebecca please provide dates for your deposition, the process server deposition and Property manager's deposition.

Thanks.
sincerely

Joel M. Aresty, Esq.
JOEL M. ARESTY, P.A.
Board Certified Business Bankruptcy Law
309 1st Ave S.
Tierra Verde, FL 33715
Fax 1-800-559-1870
Phone: (305) 904-1903
E mail: Aresty@icloud.com
web joelaresty.com

On Oct 12, 2022, at 11:46 AM, Rebecca Newman Casamayor <RCasamayor@haber.law> wrote:

Ms. Bonini,

Our law firm represents the Plaintiff in the matter of *Valencia Estates Homeowners' Association v. Elizabeth Hazan, et al.,* Case No. 2022-005424-CA-01. At this morning's status conference hearing on this case, the Judge asked the parties to e-mail you for dates for a hearing on Defendants' Motion to Quash Service. Please let us know the Court's soonest availability for either a 15 or 30 minute special set hearing.

Thank you,

**REBECCA NEWMAN CASAMAYOR** | Partner
251 NW 23 Street Miami, FL 33127
T: 305.379.2400 F: 305.379.1106
**RCASAMAYOR@HABER.LAW** | **WWW.HABER.LAW**

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

**From:** elizabeth hazan
**To:** Danila Bonini
**Cc:** JOEL ARESTY; Rebecca Newman Casamayor; David B. Haber; Jessica Felipe; Sean Meehan
**Subject:** Re: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01
**Date:** Thursday, October 20, 2022 4:53:50 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png

---

Hi Dani:

This is our motion to Quash and not plaintiff's motions to quash. Ex parte communications are not allowed. We are surprised to learn that toi have reached out to the Plaintiff counsel's office.

Moreover attorney Joel Aresty has advised you that he is not available tomorrow as he is in mediation all day tomorrow and he is a solo practitioner who doesn't have an attorney who can be available tomorrow or has an assistant/paralegal to appear on the phone tomorrow therefore he can't be available tomorrow all day.

Lastly as we have explained in our various emails we will be first moving forward with our various subpoenas to the process server and the property manager Mercy Rodriguez as agreed by the judge at the last hearing. and we will be filing a motion to disqualify Rebecca and the law firm of Haber Law and we will also move to compel Rebecca Casamayor's deposition.

Depending on how the various non parties respond to our subpoenas then we can agree to a date for
Our special set hearing on our 3 motions to quash.

Best regards,

Elizabeth Hazan

Sent from my iPhone

> On Oct 20, 2022, at 3:55 PM, Jessica Felipe <jfelipe@haber.law> wrote:
>
> Good afternoon,
>
> The JA has instructed our office that all parties are to make themselves available for a conference call tomorrow, Friday, October 21, 2022, at 10:00 AM to schedule a hearing on the Motion to Quash. Please note that in the event that counsel is not available for the call, they are to have someone from their office call in whether it be another attorney or an assistant/paralegal. We will separately circulate a call-in number for each of the parties/their counsel to call at 10:00 AM tomorrow morning, and once everyone is on the line, we will dial in the JA.

Thank you,

HABER LAW

**JESSICA FELIPE** | Paralegal

251 NW 23 Street Miami, FL 33127

T: 305.379.2400 F: 305.379.1106

**JFELIPE@HABER.LAW** | **WWW.HABER.LAW**

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

---

**From:** JOEL ARESTY <aresty@mac.com>
**Sent:** Thursday, October 20, 2022 1:35 PM
**To:** Rebecca Newman Casamayor <RCasamayor@haber.law>
**Cc:** Bonini, Danila <dbonini@jud11.flcourts.org>; Sean Meehan <seannmeehan@gmail.com>; elizabeth hazan <elizabethhazan07@gmail.com>; Jessica Felipe <jfelipe@haber.law>; David B. Haber <DHaber@haber.law>
**Subject:** Re: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01

i am in an all day mediation tomorrow

Joel M. Aresty, Esq.
JOEL M. ARESTY, P.A.
Board Certified Business Bankruptcy Law

309 1st Ave S.
Tierra Verde, FL 33715
Fax 1-800-559-1870
Phone: (305) 904-1903
E mail: Aresty@icloud.com
web joelaresty.com

On Oct 20, 2022, at 1:33 PM, Rebecca Newman Casamayor <RCasamayor@haber.law> wrote:

Mr. Aresty:

Ms. Bonini asked for all parties to be on a call with her for scheduling purposes. I have repeatedly provided my availability for that call. As for tomorrow (Friday 10/21), I am available from 12-5pm due to an event in the morning. Please provide a specific time to call Ms. Bonini together tomorrow (Friday 10/21) between 12-5pm.

As to your requests for depositions, I have not failed to respond and have in fact made my position crystal clear on numerous occasions, including via my email below on 10/12, where I clearly stated that I cannot give you deposition dates for the Property Manager or the process server because I do not represent them. I also have made clear that I do not agree to be deposed in this matter.

Thank you,

**REBECCA NEWMAN CASAMAYOR** | Partner
251 NW 23 Street Miami, FL 33127
T: 305.379.2400 F: 305.379.1106
**RCASAMAYOR@HABER.LAW** | **WWW.HABER.LAW**

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally

Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

---

**From:** JOEL ARESTY <aresty@mac.com>
**Sent:** Thursday, October 20, 2022 7:42 AM
**To:** Bonini, Danila <dbonini@jud11.flcourts.org>
**Cc:** Rebecca Newman Casamayor <RCasamayor@haber.law>; Sean Meehan <seannmeehan@gmail.com>; elizabeth hazan <elizabethhazan07@gmail.com>; Jessica Felipe <jfelipe@haber.law>; David B. Haber <DHaber@haber.law>
**Subject:** Re: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01

Ms Bonini

I am not available this morning and Sean Meehan is not available. We have hearings. We will get back to you shortly.

Also we need to conduct discovery. We have repeatedly asked that Rebecca provides dates for the process server, the property manager and her

deposition but they have failed to respond. If Rebecca refuses to be deposed and won't agree that the process server be deposed then we will issue subpoenas. So they need to let us know what's their position.

Until that is concluded our motion to quash service can not be heard. We are entitled to conduct discovery to prove that my clients were never served. We will need an evidentiary hearing a half day to a full day special set hearing. We will contact you on Friday. We have your direct contact phone number. Thank you.

Sent from my iPhone

Joel M. Aresty, Esq.
JOEL M. ARESTY, P.A.
Board Certified
Business Bankruptcy Law
309 1st Ave S.
Tierra Verde, FL 33715

Fax 1-800-559-1870
Phone: (305) 904-1903
E mail: Aresty@icloud.com
web joelaresty.com

<image006.png>

On Oct 18, 2022, at 6:53 PM, elizabeth hazan <elizabethhazan07@gmail.com> wrote:

>

Begin forwarded message:

**From:** Rebecca Newman Casamayor <RCasamayor@haber.law>
**Subject: RE: Request for Special Set Hearing**

**Dates - Case No. 2022-005424-CA-01**
**Date:** October 18, 2022 at 4:12:58 PM EDT
**To:** "Bonini, Danila" <dbonini@jud11.flcourts.org>, "aresty@mac.com" <aresty@mac.com>, Sean Meehan <seannmeehan@gmail.com>, elizabeth hazan <elizabethhazan07@gmail.com>
**Cc:** Jessica Felipe <jfelipe@haber.law>, "David B.

Haber" <DHaber@haber.law>

Plaintiff's counsel is available now and can be available by phone any time tomorrow after 1030am. Defendants and defense counsel, please advise when we can get on the phone together so that we can jointly call Ms. Bonini.

J

On Oct 19, 2022, at 4:16

PM, Rebecca Newman Casamayor <RCasamayor@haber.law> wrote:

Ms. Bonini, since we have received no response from any of the Defendants to the below e-mail, we respectfully request that the Court provide potential hearing dates according to the Judge's determination on how much time is needed for this hearing.

Thank you,

**REBECCA NEWMAN CASAMAYOR** | Partner

251 NW 23 Street Miami, FL 33127

T: 305.379.2400 F: 305.379.1106

**RCASAMAYOR@HABER.LAW** | **WWW.HABER.LAW**

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

---

**From:** Rebecca Newman Casamayor
**Sent:** Tuesday, October 18, 2022 4:13 PM
**To:** 'Bonini, Danila' <dbonini@jud11.flcourts.org>; aresty@mac.com; Sean Meehan <seannmeehan@gmail.com>; elizabeth hazan <elizabethhazan07@gmail.com>
**Cc:** Jessica Felipe <jfelipe@haber.law>; David B. Haber <DHaber@haber.law>
**Subject:** RE: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01

Plaintiff's counsel is available now and can be available by phone any time tomorrow after 1030am. Defendants and defense counsel, please advise when we can get on the phone together so that we can jointly call Ms. Bonini.

**REBECCA NEWMAN CASAMAYOR** | Partner
251 NW 23 Street Miami, FL 33127
T: 305.379.2400 F: 305.379.1106
**RCASAMAYOR@HABER.LAW** | **WWW.HABER.LAW**

---

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone

number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

---

**From:** Bonini, Danila <dbonini@jud11.flcourts.org>
**Sent:** Tuesday, October 18, 2022 4:04 PM
**To:** Rebecca Newman Casamayor <RCasamayor@haber.law>; aresty@mac.com; Sean Meehan <seannmeehan@gmail.com>; elizabeth hazan <elizabethhazan07@gmail.com>
**Cc:** Jessica Felipe <jfelipe@haber.law>; David B. Haber <DHaber@haber.law>
**Subject:** RE: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01

Can all counsels make themselves available for a conference call to set hearing. I can be reached directly at 305-815-3988.

*Danila E. Bonini*
Judicial Assistant to Judge Vivianne del Rio
Dade County Courthouse
73 Flagler Street, Room 800
Miami, Florida 33130
Office: 305.349.7078
dbonini@jud11.flcourts.org

Circuit & CourtMAP

link: www.jud11.flcourts.org

E-filing Portal
link: https://www.myflcourtaccess.com/

Judge's
website: https://www.jud11.flcourts.org/Judge-Details?judgeid=1133&sectionid=5

---

**From:** Rebecca Newman Casamayor <RCasamayor@haber.law>
**Sent:** Wednesday, October 12, 2022 2:35 PM
**To:** Bonini, Danila <dbonini@jud11.flcourts.org>; aresty@mac.com; Sean Meehan <seannmeehan@gmail.com>; elizabeth hazan <elizabethhazan07@gmail.com>
**Cc:** Jessica Felipe <jfelipe@haber.law>; David B. Haber <DHaber@haber.law>
**Subject:** RE: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Ms. Hazan and/or Mr. Meehan, please do not remove my email address from this email chain with the Court.

Ms. Bonini, since the parties cannot agree between a 15-30 minute hearing versus a half or whole day hearing, Plaintiff is asking the Court to determine how much time is necessary to hear the Defendants' 3 identical Motions to Quash Service of Process. We will wait to hear back from you at your earliest convenience.

Thank you, and my apologies for the incessant emails on what should be a simple scheduling matter.

**REBECCA NEWMAN CASAMAYOR** | Partner

251 NW 23 Street Miami, FL 33127

T: 305.379.2400 F: 305.379.1106

RCASAMAYOR@HABER.LAW | WWW.HABER.LAW

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

---

**From:** Jessica Felipe <jfelipe@haber.law>
**Sent:** Wednesday, October 12, 2022 2:28 PM
**To:** Rebecca Newman Casamayor <RCasamayor@haber.law>
**Subject:** FW: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01

**JESSICA FELIPE** | Paralegal
251 NW 23 Street Miami, FL 33127
T: 305.379.2400 F: 305.379.1106

JFELIPE@HABER.LAW | WWW.HABER.LAW

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

---

**From:** Sean Meehan <seannmeehan@gmail.com>
**Sent:** Wednesday, October 12, 2022 2:04 PM
**To:** dbonini@jud11.flcourts.org
**Cc:** JOEL ARESTY <aresty@mac.com>; Jessica Felipe <jfelipe@haber.law>; David B. Haber <DHaber@haber.law>; seanmeehan@gmail.com
**Subject:** Re: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01

The court can not determine how much time 3 defendants can have.

All 3 defendants are requiring to be heard and have their day in court and seek deposition of the process server prior to the hearing and conduct discovery on all witnesses involved including you and the property manager.

Whatever Ms Casamayor is trying to do here and not afford us due process will be appealed.

Please provide us dates for depositions for all 3 witnesses or we will issue subpoenas.

Best regards,

Elizabeth

> On Oct 12, 2022, at 1:41 PM, Rebecca Newman Casamayor <RCasamayor@haber.law> wrote:
>
> The Court said she would hear testimony of the process server, not 3-4 witnesses.
>
> Ms. Bonini, as is par for the course here, the parties clearly cannot agree on the simplest of scheduling matters. Again, I would greatly appreciate if you could ask the Judge to determine the amount of time the Court feels is necessary for the hearing on Defendants' Motion to Quash, and then provide special set dates based on what the Judge decides.
>
> **REBECCA NEWMAN CASAMAYOR** | Partner
> 251 NW 23 Street Miami, FL 33127
> T: 305.379.2400 F: 305.379.1106
> **RCASAMAYOR@HABER.LAW** | **WWW.HABER.LAW**

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

---

**From:** JOEL ARESTY <aresty@mac.com>
**Sent:** Wednesday, October 12, 2022 1:39 PM
**To:** dbonini@jud11.flcourts.org
**Cc:** Rebecca Newman Casamayor <RCasamayor@haber.law>; elizabeth hazan <elizabethhazan07@gmail.com>; Jessica Felipe <jfelipe@haber.law>; Sean Meehan <seannmeehan@gmail.com>; David B. Haber

<DHaber@haber.law>
**Subject:** Re: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01

Ms Bonini

The Judge said she would hear testimony
and there will be 3 or 4 witnesses

thanks
sincerely

Joel M. Aresty, Esq.
JOEL M. ARESTY, P.A.
Board Certified
Business Bankruptcy Law
309 1st Ave S.
Tierra Verde, FL 33715
Fax 1-800-559-1870
Phone: (305) 904-1903
E mail:
Aresty@icloud.com
web joelaresty.com

<image006.png>

On Oct 12, 2022, at 1:35 PM, Rebecca Newman Casamayor <RCasamayor@haber.law> wrote:

Ms. Bonini, at no point did the Judge indicate that a half day or entire day would be appropriate or necessary for this

hearing - - nor do I recall Ms. Hazan or her attorney even requesting that during the hearing since I would have strongly objected. I would greatly appreciate if you could clarify the amount of time the Judge believes is needed and provide special set dates accordingly.

Ms. Hazan, **I have not and would never attempt to mislead the Court. Ever. Stop your mudslinging at my character and reputation as an attorney. It has gone on for years in various Courts and it needs to stop.** I cannot give you deposition dates for the Property Manager or the process server because I do not represent them; as you well know, I represent the Plaintiff Association. In any case their depositions are wholly unnecessary for a basic Motion to Quash Service. Trying to depose me as Plaintiff's counsel

is also wholly unnecessary and obviously inappropriate, and frankly yet another transparent attempt by Defendants to try to harass and intimidate me, along with their constant defamatory statements. As the Judge clearly directed Mr. Aresty at the hearing, if Defendants feel it is necessary to take non-party depositions in connection with the Motion to Quash, then they need to follow the Rules of Civil Procedure governing non-party discovery, and we will then file our objections and/or Motions for Protective Order accordingly.

Thank you,

**REBECCA NEWMAN CASAMAYOR** | Partner
251 NW 23 Street Miami, FL 33127
T: 305.379.2400 F: 305.379.1106
**RCASAMAYOR@HABER.LAW** | **WWW.HABER.LAW**

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you

are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

---

**From:** elizabeth hazan <elizabethhazan07@gmail.com>
**Sent:** Wednesday, October 12, 2022 1:06 PM
**To:** dbonini@jud11.flcourts.org
**Cc:** dbonini@jud11.flcourts.org; Jessica Felipe <jfelipe@haber.law>; Joel Aresty <aresty@mac.com>; Rebecca Newman Casamayor <RCasamayor@haber.law>; Sean Meehan <seannmeehan@gmail.com>
**Subject:** Re: Request for Special Set Hearing Dates - Case No. 2022-005424-

CA-01

Ms Bonini:

This is the 3 defendants' 6913 Valencia LLC, Sean Meehan and Elizabeth Hazan's Motions to Quash and we specifically stated on the record today that we need half day to an entire day.

Rebecca is trying once again to mislead you as 15 to 30 minutes is not enough.

Please provide us with a minimum of half day to a full day special set hearing.

Again Rebecca please provide dates for your deposition, the process server deposition and Property manager's deposition. Thanks.

Best regards,

Elizabeth Hazan

Sent from my iPhone

> On Oct 12, 2022, at

11:47 AM, Rebecca Newman Casamayor <RCasamayor@haber.law> wrote:

Ms. Bonini,

Our law firm represents the Plaintiff in the matter of *Valencia Estates Homeowners' Association v. Elizabeth Hazan, et al.,* Case No. 2022-005424-CA-01. At this morning's status conference hearing on this case, the Judge asked the parties to e-

mail you for dates for a hearing on Defendants' Motion to Quash Service. Please let us know the Court's soonest availability for either a 15 or 30 minute special set hearing.

Thank you,

**REBECCA NEWMAN CASAMAYOR** | Partner

251 NW 23 Street Miami, FL 33127

T: 305.379.2400 F: 305.379.1106

**RCASAMAYOR@HABER.LAW** | **WWW.HABER.LAW**

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic

Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

**From:** JOEL ARESTY
**To:** Jessica Felipe
**Cc:** seannmeehan@gmail.com; elizabethhazan07@gmail.com; Rebecca Newman Casamayor
**Subject:** Re: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01
**Date:** Thursday, October 20, 2022 5:13:47 PM
**Attachments:** abc logo.png

Hi

I have already responded to the previous email that i am not available all day tomorrow. I start an all day depo first thing in the morning which needs preparation.

We will reach out to the JA on monday also explaining to her that we will be issuing subpoenas to the process server and the property manager Mercy Rodriguez and we will filing a motion to compel deposition of Rebecca.

Then we will schedule the hearing on our motion to quash. The judge has agreed that we are entitled to deposition pursuant to the Florida rules of procedure.

Thanks
sincerely

Joel M. Aresty, Esq.
JOEL M. ARESTY, P.A.
Board Certified Business Bankruptcy Law
309 1st Ave S.
Tierra Verde, FL 33715
Fax 1-800-559-1870
Phone: (305) 904-1903
E mail: Aresty@icloud.com
web joelaresty.com

On Oct 20, 2022, at 4:08 PM, Jessica Felipe <jfelipe@haber.law> wrote:

Good afternoon,

Below is the Dial-in information for the conference call to the JA tomorrow morning. Please dial-in by 9:55 am. We will call the JA from the dial-in at 10:00 am sharp.

**Dial In: 305-358-5036**
**Pin: 5063**

Thank you,

**JESSICA FELIPE** | Paralegal
251 NW 23 Street Miami, FL 33127
T: 305.379.2400 F: 305.379.1106
**JFELIPE@HABER.LAW** | **WWW.HABER.LAW**

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work- product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

**From:** elizabeth hazan
**To:** Danila Bonini
**Cc:** Rebecca Newman Casamayor; Joel Aresty; Sean Meehan; Jessica Felipe; David B. Haber
**Subject:** Fwd: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01
**Date:** Friday, October 21, 2022 9:12:31 AM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png

---

Hi Dani:

You just asked me to send you an email so here it is. Counsel Joel Aresty is not available for this conference call he has emailed all the various counsels and parties in the case.

When I just spoke with you asking to cancel the 10 am conference call, your response was "what the heck are you talking about"?

Again Counsel Joel Aresty is not available to have a conference call with you please let us know if we can have the conference call on monday or tuesday next week thank you.

Please see email from Joel Aresty. Please confirm that the call this morning at 10 am is canceled. Thank you.

Best regards,

Elizabeth Hazan

---------- Forwarded message ---------
From: **JOEL ARESTY** <aresty@mac.com>
Date: Fri, Oct 21, 2022 at 7:42 AM
Subject: Fwd: SERVICE OF COURT DOCUMENT CASE NUMBER 132022CA005424000001 VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC. vs ELIZABETH HAZAN et al
To: Rebecca Newman Casamayor <RCasamayor@haber.law>, <agonzalez@haber.law>
Cc: Sean Meehan <seannmeehan@gmail.com>, elizabeth hazan <elizabethhazan07@gmail.com>

Rebecca

I am in a serious mediation with Fl Atty Gen Nov 2
and cannot do a foreclosure calendar
no one cleared that date - may we please reset

as for call this morning i start a serious mediation at 9:30 with Doctor
I couldn’t stop that right away for a scheduling call

please clear a date and time and I will be happy too attend
I have no paralegal or associates and am always solo

thanks
sincerely

Joel M. Aresty, Esq.
JOEL M. ARESTY, P.A.
Board Certified Business Bankruptcy Law
309 1st Ave S.
Tierra Verde, FL 33715
Fax 1-800-559-1870
Phone: (305) 904-1903
E mail: Aresty@icloud.com
web joelaresty.com

---------- Forwarded message ---------
From: **Jessica Felipe** <jfelipe@haber.law>
Date: Thu, Oct 20, 2022 at 4:08 PM
Subject: Request for Special Set Hearing Dates - Case No. 2022-005424-CA-01
To: aresty@mac.com <aresty@mac.com>, seannmeehan@gmail.com <seannmeehan@gmail.com>, elizabethhazan07@gmail.com <elizabethhazan07@gmail.com>
Cc: Rebecca Newman Casamayor <RCasamayor@haber.law>

Good afternoon,

Below is the Dial-in information for the conference call to the JA tomorrow morning. Please dial-in by 9:55 am. We will call the JA from the dial-in at 10:00 am sharp.

**Dial In: 305-358-5036**

**Pin: 5063**

Thank you,

**JESSICA FELIPE** | Paralegal
251 NW 23 Street Miami, FL 33127

HABER LAW

T: 305.379.2400 F: 305.379.1106
JFELIPE@HABER.LAW | WWW.HABER.LAW

NOTICE: Confidentiality - This e-mail message, and any attachment(s) to this e-mail message, contains confidential, proprietary, attorney work-product or attorney-client privileged information that may be Legally Privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient(s)/addressee(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you must not read, review, use, copy, reproduce, retain, store, retransmit, convert to hard copy, or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is Legally Privileged. If you have received this e-mail in error, please notify us immediately by return e-mail and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. If you are not an existing client of Haber Law do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect.

NOTICE: Wire Instructions - Please contact our office at 305-379-2400 to verbally confirm wire instructions prior to sending any funds. Please notify us immediately if different wire instructions are received. Under no circumstances should you send any funds to any party without first calling and verifying the accuracy of wire instructions or other financial information provided to you. Wire cutoff time is 4pm Eastern Standard Time.

**NOTICE: Debt Collection – A portion of this law firm's practice involves the pursuit of debt collection on behalf of the firm's clients. As such, pursuant to the Fair Debt Collection Practices Act, please be advised that this is a communication from a debt collector, and to the extent this communication is an attempt to collect a debt, any information obtained may be used for that purpose. You may opt out of receiving further email communications from Haber Law, P.A. to this email address by replying with an email message that has the word "STOP" in the subject line.**

# EXHIBIT F

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NLG, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 21-11269-JKS |

**<u>CHAPTER 7 TRUSTEE'S RESPONSE TO ORDER TO SHOW CAUSE</u>**

Alfred T. Giuliano (the "<u>Trustee</u>"), the Chapter 7 trustee for the estate of NLG, LLC ("<u>NLG</u>" or the "<u>Debtor</u>"), by and through his counsel, Fox Rothschild LLP, files this response (the "<u>Response</u>") to this Court's *Order to Show Cause* [D.I. 101] in connection with the Trustee's *Motion for an Order Approving Settlement by and among the Chapter 7 Trustee and Liza Hazan* (the "<u>Motion</u>") [D.I. 84].[1]

**<u>RESPONSE</u>**

1. After careful consideration, the Trustee will be withdrawing the Motion and mark the Debtor's case as a no asset case.

2. The parties to this case, and certain of their respective attorneys, have abused our judicial system with nonsensical filings, blatant misrepresentations, and an outright lack of decency for over 12 years. The filings by Ms. Hazan and Mr. Meehan are just the latest example of this abuse, as they are riddled with countless falsehoods and personal attacks that will not be dignified by the Trustee or his professionals with individual responses.

3. When the Trustee was assigned this matter, he retained undersigned counsel to review and analyze the prepetition litigation, consistent with his fiduciary obligations. During this review, the Trustee's professionals had many conversations with Mr. Kosachuk and counsel for the various parties about the facts and merits of the underlying claims. These conversations

[1] Capitalized terms not defined herein shall have the meaning ascribed to such term in the 2004 Motion (as defined herein).

Case 22-50036-JKS Doc 47 Filed 12/09/22 Page 2 of 4

included demands by the Trustee's professionals to justify certain acts that—in the Trustee's view—appeared to be illegitimate.

4. Ultimately, counsel for Selective Advisors Group LLC and 9197-5904 Quebec, Inc. made an initial settlement offer to the Trustee to resolve these matters.[2] Given the many attorneys who have appeared in this case and other related cases in various other jurisdictions, undersigned counsel asked for clarification on which party would be handling the negotiations. Counsel for Selective Advisors Group LLC and 9197-5904 Quebec, Inc. directed undersigned counsel to speak with Ms. Hazan's Florida counsel.

5. After several counteroffers between the Trustee's attorneys and Ms. Hazan's attorney, the parties finally reached an agreement in principle, subject to final documentation. Early drafts of the settlement agreement were circulated and revised by counsel for Ms. Hazan. In fact, the first draft of the agreement was prepared by Ms. Hazan's attorney. Meanwhile, other matters were proceeding in this case related to the final settlement agreement that counsel for Selective Advisors Group LLC and 9197-5904 Quebec, Inc. were fully aware of, as this Court knows.

6. At a certain point during the documentation stage of the settlement, undersigned counsel was advised by Ms. Hazan's attorney that Ms. Hazan desired to handle the negotiations herself.[3] And so undersigned counsel proceeded accordingly, while continuing to copy Ms. Hazan's counsel on correspondence. Mr. Harris never misrepresented anything to Ms. Hazan about the language of the settlement agreement and vehemently denies such accusations. Indeed, Mr. Harris went to great lengths to ensure she understood the language, including several full read-

[2] Two attorneys entered their appearances on behalf of Selective Advisors Group LLC and 9197-5904 Quebec, Inc. in this case.
[3] Undersigned counsel made the Court aware of this arrangement at an earlier hearing.

throughs of the agreement and answering any questions (which there were many) Ms. Hazan had.

7. The final settlement agreement reflects the culmination of hundreds of hours spent by the Trustee and his professionals to finally resolve this seemingly endless saga. In his business judgment, the Trustee, as advised by his attorneys, believed this was a very good deal and satisfied the standards for approval under the Bankruptcy Code. It would provide a recovery to the Debtor's creditors, particularly since the Trustee's attorneys agree to limit their attorneys' fees to ensure such a recovery. It would also provide Ms. Hazan and other involved parties full releases, as well as an affidavit from the Trustee regarding such releases.[4]

8. Now, after hearing the weaknesses of the Debtor's case at the hearing on the Motion, Ms. Hazan has an obvious case of buyer's remorse, and attempts to concoct a new series of events that simply did not happen. The same goes for Mr. Meehan.

9. Beyond the astronomical administrative expenses incurred by the Trustee in having to address the numerous meritless filings in this case and other related cases, the Trustee believes the best path forward for all parties involved is to withdraw the Motion and mark the case as a no asset case.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: *_/s/ Seth A. Niederman_*
Seth A. Niederman, Esquire (DE No. 4588)
919 North Market Street, Suite 300
P.O. Box 2323
Wilmington, DE 19899-2323
Phone (302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

-and-

[4] It is also worth noting that, although Ms. Hazan's personal Chapter 11 Plan included release provisions, other parties, such as Selective Advisors Group LLC and 9197-5904 Quebec, Inc. and their representatives, would not fall under such releases.

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

Dated: December 9, 2022

*Counsel for Alfred T. Giuliano,*
*Chapter 7 Trustee for the estate of NLG, LLC*



140663094.2