**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
**www.flsb.uscourts.gov**

IN RE:

LIZA HAZAN, CASE NO.: 26-20613- RAM

Debtor. CHAPTER 11
_______________________/

**CREDITOR'S RESPONSE TO DEBTOR'S MOTION FOR PROTECTIVE ORDER**
**And**
**REQUEST FOR EXPEDITED HEARING**

Statement pursuant to Local Rule 9075-1

Exigent Circumstances: The Debtor seeks an expedited hearing pursuant to Bankruptcy Local Rule 9075-1 on the Debtor's Motion for Protective Order, Dkt.No. 44, and this Response, as the Court has set a number of matters for hearing on **October 15, 2026, at 11:30 am**, including two Motions to Dismiss, and Movants wish to obtain the requested discovery from third party Steven Murphy for use at that hearing. Movants request a hearing prior to that date and time.

Creditors, DAVID W. LANGLEY and LAW OFFICES OF DAVID W. LANGLEY, P.A, (Movants) respond to Debtor's Motion for Protective Order, Dkt. No. 44, and say:

1. Several creditors have objected to Hazan's Motion to Dismiss her second Chapter 11 filing, noting that dismissal would allow Hazan to continue her efforts to delay the various foreclosure and other proceedings pending against her. See Dkt.Nos. 28, 29, 33, 34 and 45.

2. Movants, in particular, have alleged that "Elizabeth Hazan has exhibited a history of intentional delay in numerous lawsuits", and that "good cause exists to dismiss this case as a bad

faith filing, with prejudice, and with limitations on any future filings in State, Bankruptcy or Federal Court".

3. Movants have served a subpoena duces tecum on attorney Steven Murphy, which Hazan seeks to quash by her Motion for Protective Order, Dkt.No. 44. The subpoena requests closing documents concerning the sale of a Manhattan apartment previously owned by Elizabeth Hazan (the Property).

4. Hazan claimed in her previous Chapter 11 filing that although she was liable for condominium assessments on the apartment, that she no longer had any ownership interest in the Property.

5. A title search conducted by Movants in the pending foreclosure case, Case No. 2022-020116-CA-01, revealed:

a. Hazan originally owned the apartment. She deeded the property to Raymond Houle for no consideration on August 15, 2011. See Exhibit A;

b. Houle then deeded the property, again for no consideration, to 9221-0228 Quebec Inc. on December 9, 2011. See Exhibit B;

c. 9221-0228 Quebec Inc then deeded the Property to Real Estate Holding Group, LDC, a Belize limited duration corporation on July 22, 2013. See Exhibit C;

d. Real Estate Holding Group, LDC, a limited duration entity, then deeded the Property to 1 East 62nd Street Apt 1A NYC New York 10065 LLC by deed dated January 2, 2018, but not recorded until March 13, 2019. See Exhibit D;

e. 1 East 62nd Street Apt 1A NYC New York 10065 LLC then deeded the Property to 1 East 62nd Street Apt 1A NYC New York LLC on March 7, 2019. See Exhibit E.

6. Steven Murphy represented the last buyer at closing. In conversations with Mr. Murphy, he indicated that he had documentation evidencing the disbursement of funds at closing. Those are the records the Movants seek to obtain. On information and belief, the majority of such funds were transferred to or for the benefit of Elizabeth Hazan, directly contradicting statements made in her prior bankruptcy case.

7. Movants suggest that this information would be relevant to the Court's determination on whether to dismiss or convert, or whether to place any limitations on the Debtor future filings.

WHEREFORE, Movants request the Court deny Debtor's Motion to Quash.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A); and that true and correct copy of the foregoing was filed electronically and served electronically or by mail to: Debtor, U.S. Trustee, and all interested parties on this 24th day of September, 2026.

DAVID W. LANGLEY
*Attorney for Creditor*
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
Telephone: 954-356-0450
Fax: 954-356-0451
E-mail: dave@flalawyer.com

By: ___*/s/ David W. Langley*____________
David W. Langley, Esq.
Florida Bar Number 348279